```
AMEX
P.O. BOX 96001
LOS ANGELES, CA 90096


CAPITAL ONE
ATTN: BNAKRUPTCY
P.O. BOX 30285
SALT LAKE CITY, UT 84130


CHASE INK CREDIT CARD
P.O. BOX 6294
CAROL STREAM, IL 60197-6294


PSE
P.O. BOX 91269
BELLEVUE, WA 98009
```