# Exhibit B
## Anticipated Total Distribution to Class 2 Claims

**Total Minimum Proposed Amount to be Paid to Non-Priority Unsecured Creditors:** $10,000.00

**Monthly Payment Amount** $250.00

| Creditor Name | Claim No. | Claim Amount | Total Amt to Creditor in Ch 11 Plan | Monthly Pmt |
|---|---|---|---|---|
| Chase Ink Credit Card | 1 | $43,140.50 | $454.08 | $11.35 |
| Amex | 2 | $27,058.00 | $284.80 | $7.12 |
| Puget Sound Energy | 5 | $35,716.22 | $375.94 | $9.40 |
| Gesa Credit Union (Unsecured Portion) | 6 | $247,913.19 | $2,609.46 | $65.24 |
| Atipana Financial | Deemed | $337,646.82 | $3,553.97 | $88.85 |
| Capital One | Deemed | $2,074.98 | $21.84 | $0.55 |
| Clover Capital | Deemed | $113,160.00 | $1,191.09 | $29.78 |
| EC Wilson Meats | Deemed | $14,417.04 | $151.75 | $3.79 |
| Sea Bend Meats | Deemed | $33,011.50 | $347.47 | $8.69 |
| SK Produce | Deemed | $12,909.99 | $135.89 | $3.40 |
| WA Dept of Revenue (Unsecured Portion) | 3 | $37,698.41 | $396.80 | $9.92 |
| IRS (Unsecured Portion - Estimated) | 8 | $45,309.45 | $476.91 | $11.92 |
| **TOTAL** | | **$950,056.10** | **$10,000.00** | **$250.00** |