| | Dec-25 | Jan-26 | Feb-26 | Mar-26 | Apr-26 | May-26 | Jun-26 | Jul-26 |
|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | |
| Sales | $ 139,000.00 | $ 139,000.00 | $ 139,000.00 | $ 139,000.00 | $ 139,000.00 | $ 139,000.00 | $ 139,000.00 | $ 139,000.00 |
| Tips ** | $ 25,020.00 | $ 25,020.00 | $ 25,020.00 | $ 25,020.00 | $ 25,020.00 | $ 25,020.00 | $ 25,020.00 | $ 25,020.00 |
| Sales Tax Collected ** | $ 14,317.00 | $ 14,317.00 | $ 14,317.00 | $ 14,317.00 | $ 14,317.00 | $ 14,317.00 | $ 14,317.00 | $ 14,317.00 |
| Merchant Fees Collected ** | $ 4,170.00 | $ 4,170.00 | $ 4,170.00 | $ 4,170.00 | $ 4,170.00 | $ 4,170.00 | $ 4,170.00 | $ 4,170.00 |
| **Total Receipts** | **$ 182,507.00** | **$ 182,507.00** | **$ 182,507.00** | **$ 182,507.00** | **$ 182,507.00** | **$ 182,507.00** | **$ 182,507.00** | **$ 182,507.00** |
| | | | | | | | | |
| **Expenses** | | | | | | | | |
| Accounting/Bookkeeping | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| Advertising | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 |
| Cost of Goods Sold (30% of Gross Income) | $ 41,700.00 | $ 41,700.00 | $ 41,700.00 | $ 41,700.00 | $ 41,700.00 | $ 41,700.00 | $ 41,700.00 | $ 41,700.00 |
| Dues & Subscriptions | $ 730.00 | $ 730.00 | $ 730.00 | $ 730.00 | $ 730.00 | $ 730.00 | $ 730.00 | $ 730.00 |
| Equipment Rental | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 |
| Fuel/Transportation (Delivery) | $ 700.00 | $ 700.00 | $ 700.00 | $ 700.00 | $ 700.00 | $ 700.00 | $ 700.00 | $ 700.00 |
| Insurance | $ 656.00 | $ 656.00 | $ 656.00 | $ 656.00 | $ 656.00 | $ 656.00 | $ 656.00 | $ 656.00 |
| License and Permit | $ 392.00 | $ 392.00 | $ 392.00 | $ 392.00 | $ 392.00 | $ 392.00 | $ 392.00 | $ 392.00 |
| Marketing | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 |
| Meals | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 |
| Merchant Charges ** | $ 4,170.00 | $ 4,170.00 | $ 4,170.00 | $ 4,170.00 | $ 4,170.00 | $ 4,170.00 | $ 4,170.00 | $ 4,170.00 |
| Office Supplies | $ 249.00 | $ 249.00 | $ 249.00 | $ 249.00 | $ 249.00 | $ 249.00 | $ 249.00 | $ 249.00 |
| Owner Draw | $ 8,000.00 | $ 8,000.00 | $ 8,000.00 | $ 8,000.00 | $ 8,000.00 | $ 8,000.00 | $ 8,000.00 | $ 8,000.00 |
| Payroll (Gross) | $ 49,300.00 | $ 49,300.00 | $ 49,300.00 | $ 49,300.00 | $ 49,300.00 | $ 49,300.00 | $ 49,300.00 | $ 49,300.00 |
| Payroll (Tips Earned) ** | $ 25,020.00 | $ 25,020.00 | $ 25,020.00 | $ 25,020.00 | $ 25,020.00 | $ 25,020.00 | $ 25,020.00 | $ 25,020.00 |
| Rent /Deferred Rent/Taxes/Service Fee | $ 9,630.00 | $ 9,630.00 | $ 9,630.00 | $ 9,630.00 | $ 9,630.00 | $ 9,630.00 | $ 9,630.00 | $ 9,630.00 |
| Rent (Storage) | $ 268.00 | $ 268.00 | $ 268.00 | $ 268.00 | $ 268.00 | $ 268.00 | $ 268.00 | $ 268.00 |
| Repairs & Maintenance | $ 530.00 | $ 530.00 | $ 530.00 | $ 530.00 | $ 530.00 | $ 530.00 | $ 530.00 | $ 530.00 |
| Software | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 |
| Supplies (Takeout Containers, etc.) | $ 970.00 | $ 970.00 | $ 970.00 | $ 970.00 | $ 970.00 | $ 970.00 | $ 970.00 | $ 970.00 |
| Taxes (Employer Payroll Contribution) | $ 8,200.00 | $ 8,200.00 | $ 8,200.00 | $ 8,200.00 | $ 8,200.00 | $ 8,200.00 | $ 8,200.00 | $ 8,200.00 |
| Taxes (Sales Tax) ** | $ 14,317.00 | $ 14,317.00 | $ 14,317.00 | $ 14,317.00 | $ 14,317.00 | $ 14,317.00 | $ 14,317.00 | $ 14,317.00 |
| Telephone & Internet | $ 1,300.00 | $ 1,300.00 | $ 1,300.00 | $ 1,300.00 | $ 1,300.00 | $ 1,300.00 | $ 1,300.00 | $ 1,300.00 |
| Utilities (Water - Paid to Landlord) | $ 800.00 | $ 800.00 | $ 800.00 | $ 800.00 | $ 800.00 | $ 800.00 | $ 800.00 | $ 800.00 |
| Utilities (Electric) | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 |
| | | | | | | | | |
| Admin Fee (Sub V Trustee) | $ 500.00 | $ 500.00 | $ - | $ - | $ - | $ - | $ - | $ - |
| Admin Fee (Neeleman Law Group) | $ - | $ - | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| Payment to Class 1 (Gesa Credit Union) | $ 1,575.00 | $ 1,575.00 | $ 1,575.00 | $ 1,575.00 | $ 1,575.00 | $ 1,575.00 | $ 1,575.00 | $ 1,575.00 |
| Payment to Class 2 (Unsecured Claims) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Payment to Dept of Revenue | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Payment to IRS | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Lease Arrearage | $ 4,500.00 | $ 4,500.00 | $ 4,500.00 | $ 4,500.00 | $ 4,500.00 | $ 4,500.00 | $ 4,500.00 | $ 4,500.00 |
| | | | | | | | | |
| **Total Monthly Expenses** | **$ 182,507.00** | **$ 182,507.00** | **$ 182,507.00** | **$ 182,507.00** | **$ 182,507.00** | **$ 182,507.00** | **$ 182,507.00** | **$ 182,507.00** |
| **Net Available Funds (Outflow)** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** |

| | Aug-26 | Sep-26 | Oct-26 | Nov-26 | Dec-26 | Jan-27 | Feb-27 | Mar-27 |
|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | |
| Sales | $ 139,000.00 | $ 139,000.00 | $ 139,000.00 | $ 139,000.00 | $ 139,000.00 | $ 139,000.00 | $ 139,000.00 | $ 139,000.00 |
| Tips ** | $ 25,020.00 | $ 25,020.00 | $ 25,020.00 | $ 25,020.00 | $ 25,020.00 | $ 25,020.00 | $ 25,020.00 | $ 25,020.00 |
| Sales Tax Collected ** | $ 14,317.00 | $ 14,317.00 | $ 14,317.00 | $ 14,317.00 | $ 14,317.00 | $ 14,317.00 | $ 14,317.00 | $ 14,317.00 |
| Merchant Fees Collected ** | $ 4,170.00 | $ 4,170.00 | $ 4,170.00 | $ 4,170.00 | $ 4,170.00 | $ 4,170.00 | $ 4,170.00 | $ 4,170.00 |
| **Total Receipts** | **$ 182,507.00** | **$ 182,507.00** | **$ 182,507.00** | **$ 182,507.00** | **$ 182,507.00** | **$ 182,507.00** | **$ 182,507.00** | **$ 182,507.00** |
| | | | | | | | | |
| **Expenses** | | | | | | | | |
| Accounting/Bookkeeping | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| Advertising | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 |
| Cost of Goods Sold (30% of Gross Income) | $ 41,700.00 | $ 41,700.00 | $ 41,700.00 | $ 41,700.00 | $ 41,700.00 | $ 41,700.00 | $ 41,700.00 | $ 41,700.00 |
| Dues & Subscriptions | $ 730.00 | $ 730.00 | $ 730.00 | $ 730.00 | $ 730.00 | $ 730.00 | $ 730.00 | $ 730.00 |
| Equipment Rental | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 |
| Fuel/Transportation (Delivery) | $ 700.00 | $ 700.00 | $ 700.00 | $ 700.00 | $ 700.00 | $ 700.00 | $ 700.00 | $ 700.00 |
| Insurance | $ 656.00 | $ 656.00 | $ 656.00 | $ 656.00 | $ 656.00 | $ 656.00 | $ 656.00 | $ 656.00 |
| License and Permit | $ 392.00 | $ 392.00 | $ 392.00 | $ 392.00 | $ 392.00 | $ 392.00 | $ 392.00 | $ 392.00 |
| Marketing | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 1,600.00 |
| Meals | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 |
| Merchant Charges ** | $ 4,170.00 | $ 4,170.00 | $ 4,170.00 | $ 4,170.00 | $ 4,170.00 | $ 4,170.00 | $ 4,170.00 | $ 4,170.00 |
| Office Supplies | $ 249.00 | $ 249.00 | $ 249.00 | $ 249.00 | $ 249.00 | $ 249.00 | $ 249.00 | $ 249.00 |
| Owner Draw | $ 8,000.00 | $ 8,000.00 | $ 8,000.00 | $ 8,000.00 | $ 8,000.00 | $ 8,000.00 | $ 8,000.00 | $ 7,750.00 |
| Payroll (Gross) | $ 49,300.00 | $ 49,300.00 | $ 49,300.00 | $ 49,300.00 | $ 49,300.00 | $ 49,300.00 | $ 49,300.00 | $ 49,300.00 |
| Payroll (Tips Earned) ** | $ 25,020.00 | $ 25,020.00 | $ 25,020.00 | $ 25,020.00 | $ 25,020.00 | $ 25,020.00 | $ 25,020.00 | $ 25,020.00 |
| Rent /Deferred Rent/Taxes/Service Fee | $ 9,630.00 | $ 9,630.00 | $ 9,630.00 | $ 9,630.00 | $ 9,630.00 | $ 9,630.00 | $ 9,630.00 | $ 9,630.00 |
| Rent (Storage) | $ 268.00 | $ 268.00 | $ 268.00 | $ 268.00 | $ 268.00 | $ 268.00 | $ 268.00 | $ 268.00 |
| Repairs & Maintenance | $ 530.00 | $ 530.00 | $ 530.00 | $ 530.00 | $ 530.00 | $ 530.00 | $ 530.00 | $ 530.00 |
| Software | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 |
| Supplies (Takeout Containers, etc.) | $ 970.00 | $ 970.00 | $ 970.00 | $ 970.00 | $ 970.00 | $ 970.00 | $ 970.00 | $ 970.00 |
| Taxes (Employer Payroll Contribution) | $ 8,200.00 | $ 8,200.00 | $ 8,200.00 | $ 8,200.00 | $ 8,200.00 | $ 8,200.00 | $ 8,200.00 | $ 8,200.00 |
| Taxes (Sales Tax) ** | $ 14,317.00 | $ 14,317.00 | $ 14,317.00 | $ 14,317.00 | $ 14,317.00 | $ 14,317.00 | $ 14,317.00 | $ 14,317.00 |
| Telephone & Internet | $ 1,300.00 | $ 1,300.00 | $ 1,300.00 | $ 1,300.00 | $ 1,300.00 | $ 1,300.00 | $ 1,300.00 | $ 1,300.00 |
| Utilities (Water - Paid to Landlord) | $ 800.00 | $ 800.00 | $ 800.00 | $ 800.00 | $ 800.00 | $ 800.00 | $ 800.00 | $ 800.00 |
| Utilities (Electric) | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 |
| | | | | | | | | |
| Admin Fee (Sub V Trustee) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Admin Fee (Neeleman Law Group) | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| Payment to Class 1 (Gesa Credit Union) | $ 1,575.00 | $ 1,575.00 | $ 1,575.00 | $ 1,575.00 | $ 1,575.00 | $ 1,575.00 | $ 1,575.00 | $ 1,575.00 |
| Payment to Class 2 (Unsecured Claims) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 250.00 |
| Payment to Dept of Revenue | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 3,300.00 |
| Payment to IRS | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 1,600.00 |
| Lease Arrearage | $ 4,500.00 | $ 4,500.00 | $ 4,500.00 | $ 4,500.00 | $ 4,500.00 | $ 4,500.00 | $ 4,500.00 | $ - |
| | | | | | | | | |
| **Total Monthly Expenses** | **$ 182,507.00** | **$ 182,507.00** | **$ 182,507.00** | **$ 182,507.00** | **$ 182,507.00** | **$ 182,507.00** | **$ 182,507.00** | **$ 182,507.00** |
| **Net Available Funds (Outflow)** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** |

| | Apr-27 | May-27 | Jun-27 | Jul-27 | Aug-27 | Sep-27 | Oct-27 | Nov-27 |
|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | |
| Sales | $ 139,000.00 | $ 139,000.00 | $ 139,000.00 | $ 139,000.00 | $ 139,000.00 | $ 139,000.00 | $ 139,000.00 | $ 139,000.00 |
| Tips ** | $ 25,020.00 | $ 25,020.00 | $ 25,020.00 | $ 25,020.00 | $ 25,020.00 | $ 25,020.00 | $ 25,020.00 | $ 25,020.00 |
| Sales Tax Collected ** | $ 14,317.00 | $ 14,317.00 | $ 14,317.00 | $ 14,317.00 | $ 14,317.00 | $ 14,317.00 | $ 14,317.00 | $ 14,317.00 |
| Merchant Fees Collected ** | $ 4,170.00 | $ 4,170.00 | $ 4,170.00 | $ 4,170.00 | $ 4,170.00 | $ 4,170.00 | $ 4,170.00 | $ 4,170.00 |
| **Total Receipts** | **$ 182,507.00** | **$ 182,507.00** | **$ 182,507.00** | **$ 182,507.00** | **$ 182,507.00** | **$ 182,507.00** | **$ 182,507.00** | **$ 182,507.00** |
| | | | | | | | | |
| **Expenses** | | | | | | | | |
| Accounting/Bookkeeping | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| Advertising | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 |
| Cost of Goods Sold (30% of Gross Income) | $ 41,700.00 | $ 41,700.00 | $ 41,700.00 | $ 41,700.00 | $ 41,700.00 | $ 41,700.00 | $ 41,700.00 | $ 41,700.00 |
| Dues & Subscriptions | $ 730.00 | $ 730.00 | $ 730.00 | $ 730.00 | $ 730.00 | $ 730.00 | $ 730.00 | $ 730.00 |
| Equipment Rental | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 |
| Fuel/Transportation (Delivery) | $ 700.00 | $ 700.00 | $ 700.00 | $ 700.00 | $ 700.00 | $ 700.00 | $ 700.00 | $ 700.00 |
| Insurance | $ 656.00 | $ 656.00 | $ 656.00 | $ 656.00 | $ 656.00 | $ 656.00 | $ 656.00 | $ 656.00 |
| License and Permit | $ 392.00 | $ 392.00 | $ 392.00 | $ 392.00 | $ 392.00 | $ 392.00 | $ 392.00 | $ 392.00 |
| Marketing | $ 1,600.00 | $ 1,600.00 | $ 1,600.00 | $ 1,600.00 | $ 1,600.00 | $ 1,600.00 | $ 1,600.00 | $ 1,600.00 |
| Meals | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 |
| Merchant Charges ** | $ 4,170.00 | $ 4,170.00 | $ 4,170.00 | $ 4,170.00 | $ 4,170.00 | $ 4,170.00 | $ 4,170.00 | $ 4,170.00 |
| Office Supplies | $ 249.00 | $ 249.00 | $ 249.00 | $ 249.00 | $ 249.00 | $ 249.00 | $ 249.00 | $ 249.00 |
| Owner Draw | $ 7,750.00 | $ 7,750.00 | $ 7,750.00 | $ 7,750.00 | $ 7,750.00 | $ 7,750.00 | $ 7,750.00 | $ 7,750.00 |
| Payroll (Gross) | $ 49,300.00 | $ 49,300.00 | $ 49,300.00 | $ 49,300.00 | $ 49,300.00 | $ 49,300.00 | $ 49,300.00 | $ 49,300.00 |
| Payroll (Tips Earned) ** | $ 25,020.00 | $ 25,020.00 | $ 25,020.00 | $ 25,020.00 | $ 25,020.00 | $ 25,020.00 | $ 25,020.00 | $ 25,020.00 |
| Rent /Deferred Rent/Taxes/Service Fee | $ 9,630.00 | $ 9,630.00 | $ 9,630.00 | $ 9,630.00 | $ 9,630.00 | $ 9,630.00 | $ 9,630.00 | $ 9,630.00 |
| Rent (Storage) | $ 268.00 | $ 268.00 | $ 268.00 | $ 268.00 | $ 268.00 | $ 268.00 | $ 268.00 | $ 268.00 |
| Repairs & Maintenance | $ 530.00 | $ 530.00 | $ 530.00 | $ 530.00 | $ 530.00 | $ 530.00 | $ 530.00 | $ 530.00 |
| Software | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 |
| Supplies (Takeout Containers, etc.) | $ 970.00 | $ 970.00 | $ 970.00 | $ 970.00 | $ 970.00 | $ 970.00 | $ 970.00 | $ 970.00 |
| Taxes (Employer Payroll Contribution) | $ 8,200.00 | $ 8,200.00 | $ 8,200.00 | $ 8,200.00 | $ 8,200.00 | $ 8,200.00 | $ 8,200.00 | $ 8,200.00 |
| Taxes (Sales Tax) ** | $ 14,317.00 | $ 14,317.00 | $ 14,317.00 | $ 14,317.00 | $ 14,317.00 | $ 14,317.00 | $ 14,317.00 | $ 14,317.00 |
| Telephone & Internet | $ 1,300.00 | $ 1,300.00 | $ 1,300.00 | $ 1,300.00 | $ 1,300.00 | $ 1,300.00 | $ 1,300.00 | $ 1,300.00 |
| Utilities (Water - Paid to Landlord) | $ 800.00 | $ 800.00 | $ 800.00 | $ 800.00 | $ 800.00 | $ 800.00 | $ 800.00 | $ 800.00 |
| Utilities (Electric) | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 |
| | | | | | | | | |
| Admin Fee (Sub V Trustee) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Admin Fee (Neeleman Law Group) | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| Payment to Class 1 (Gesa Credit Union) | $ 1,575.00 | $ 1,575.00 | $ 1,575.00 | $ 1,575.00 | $ 1,575.00 | $ 1,575.00 | $ 1,575.00 | $ 1,575.00 |
| Payment to Class 2 (Unsecured Claims) | $ 250.00 | $ 250.00 | $ 250.00 | $ 250.00 | $ 250.00 | $ 250.00 | $ 250.00 | $ 250.00 |
| Payment to Dept of Revenue | $ 3,300.00 | $ 3,300.00 | $ 3,300.00 | $ 3,300.00 | $ 3,300.00 | $ 3,300.00 | $ 3,300.00 | $ 3,300.00 |
| Payment to IRS | $ 1,600.00 | $ 1,600.00 | $ 1,600.00 | $ 1,600.00 | $ 1,600.00 | $ 1,600.00 | $ 1,600.00 | $ 1,600.00 |
| Lease Arrearage | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | | | | | | | | |
| **Total Monthly Expenses** | **$ 182,507.00** | **$ 182,507.00** | **$ 182,507.00** | **$ 182,507.00** | **$ 182,507.00** | **$ 182,507.00** | **$ 182,507.00** | **$ 182,507.00** |
| **Net Available Funds (Outflow)** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** |

| | Dec-27 | Jan-28 | Feb-28 | Mar-28 | Apr-28 | May-28 | Jun-28 | Jul-28 |
|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | |
| Sales | $ 139,000.00 | $ 139,000.00 | $ 139,000.00 | $ 139,000.00 | $ 139,000.00 | $ 139,000.00 | $ 139,000.00 | $ 139,000.00 |
| Tips ** | $ 25,020.00 | $ 25,020.00 | $ 25,020.00 | $ 25,020.00 | $ 25,020.00 | $ 25,020.00 | $ 25,020.00 | $ 25,020.00 |
| Sales Tax Collected ** | $ 14,317.00 | $ 14,317.00 | $ 14,317.00 | $ 14,317.00 | $ 14,317.00 | $ 14,317.00 | $ 14,317.00 | $ 14,317.00 |
| Merchant Fees Collected ** | $ 4,170.00 | $ 4,170.00 | $ 4,170.00 | $ 4,170.00 | $ 4,170.00 | $ 4,170.00 | $ 4,170.00 | $ 4,170.00 |
| **Total Receipts** | **$ 182,507.00** | **$ 182,507.00** | **$ 182,507.00** | **$ 182,507.00** | **$ 182,507.00** | **$ 182,507.00** | **$ 182,507.00** | **$ 182,507.00** |
| | | | | | | | | |
| **Expenses** | | | | | | | | |
| Accounting/Bookkeeping | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| Advertising | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 |
| Cost of Goods Sold (30% of Gross Income) | $ 41,700.00 | $ 41,700.00 | $ 41,700.00 | $ 41,700.00 | $ 41,700.00 | $ 41,700.00 | $ 41,700.00 | $ 41,700.00 |
| Dues & Subscriptions | $ 730.00 | $ 730.00 | $ 730.00 | $ 730.00 | $ 730.00 | $ 730.00 | $ 730.00 | $ 730.00 |
| Equipment Rental | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 |
| Fuel/Transportation (Delivery) | $ 700.00 | $ 700.00 | $ 700.00 | $ 700.00 | $ 700.00 | $ 700.00 | $ 700.00 | $ 700.00 |
| Insurance | $ 656.00 | $ 656.00 | $ 656.00 | $ 656.00 | $ 656.00 | $ 656.00 | $ 656.00 | $ 656.00 |
| License and Permit | $ 392.00 | $ 392.00 | $ 392.00 | $ 392.00 | $ 392.00 | $ 392.00 | $ 392.00 | $ 392.00 |
| Marketing | $ 1,600.00 | $ 1,600.00 | $ 1,600.00 | $ 1,600.00 | $ 1,600.00 | $ 1,600.00 | $ 1,600.00 | $ 1,600.00 |
| Meals | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 |
| Merchant Charges ** | $ 4,170.00 | $ 4,170.00 | $ 4,170.00 | $ 4,170.00 | $ 4,170.00 | $ 4,170.00 | $ 4,170.00 | $ 4,170.00 |
| Office Supplies | $ 249.00 | $ 249.00 | $ 249.00 | $ 249.00 | $ 249.00 | $ 249.00 | $ 249.00 | $ 249.00 |
| Owner Draw | $ 7,750.00 | $ 7,750.00 | $ 7,750.00 | $ 7,750.00 | $ 7,750.00 | $ 7,750.00 | $ 7,750.00 | $ 7,750.00 |
| Payroll (Gross) | $ 49,300.00 | $ 49,300.00 | $ 49,300.00 | $ 49,300.00 | $ 49,300.00 | $ 49,300.00 | $ 49,300.00 | $ 49,300.00 |
| Payroll (Tips Earned) ** | $ 25,020.00 | $ 25,020.00 | $ 25,020.00 | $ 25,020.00 | $ 25,020.00 | $ 25,020.00 | $ 25,020.00 | $ 25,020.00 |
| Rent /Deferred Rent/Taxes/Service Fee | $ 9,630.00 | $ 9,630.00 | $ 9,630.00 | $ 9,630.00 | $ 9,630.00 | $ 9,630.00 | $ 9,630.00 | $ 9,630.00 |
| Rent (Storage) | $ 268.00 | $ 268.00 | $ 268.00 | $ 268.00 | $ 268.00 | $ 268.00 | $ 268.00 | $ 268.00 |
| Repairs & Maintenance | $ 530.00 | $ 530.00 | $ 530.00 | $ 530.00 | $ 530.00 | $ 530.00 | $ 530.00 | $ 530.00 |
| Software | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 |
| Supplies (Takeout Containers, etc.) | $ 970.00 | $ 970.00 | $ 970.00 | $ 970.00 | $ 970.00 | $ 970.00 | $ 970.00 | $ 970.00 |
| Taxes (Employer Payroll Contribution) | $ 8,200.00 | $ 8,200.00 | $ 8,200.00 | $ 8,200.00 | $ 8,200.00 | $ 8,200.00 | $ 8,200.00 | $ 8,200.00 |
| Taxes (Sales Tax) ** | $ 14,317.00 | $ 14,317.00 | $ 14,317.00 | $ 14,317.00 | $ 14,317.00 | $ 14,317.00 | $ 14,317.00 | $ 14,317.00 |
| Telephone & Internet | $ 1,300.00 | $ 1,300.00 | $ 1,300.00 | $ 1,300.00 | $ 1,300.00 | $ 1,300.00 | $ 1,300.00 | $ 1,300.00 |
| Utilities (Water - Paid to Landlord) | $ 800.00 | $ 800.00 | $ 800.00 | $ 800.00 | $ 800.00 | $ 800.00 | $ 800.00 | $ 800.00 |
| Utilities (Electric) | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 |
| | | | | | | | | |
| Admin Fee (Sub V Trustee) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Admin Fee (Neeleman Law Group) | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| Payment to Class 1 (Gesa Credit Union) | $ 1,575.00 | $ 1,575.00 | $ 1,575.00 | $ 1,575.00 | $ 1,575.00 | $ 1,575.00 | $ 1,575.00 | $ 1,575.00 |
| Payment to Class 2 (Unsecured Claims) | $ 250.00 | $ 250.00 | $ 250.00 | $ 250.00 | $ 250.00 | $ 250.00 | $ 250.00 | $ 250.00 |
| Payment to Dept of Revenue | $ 3,300.00 | $ 3,300.00 | $ 3,300.00 | $ 3,300.00 | $ 3,300.00 | $ 3,300.00 | $ 3,300.00 | $ 3,300.00 |
| Payment to IRS | $ 1,600.00 | $ 1,600.00 | $ 1,600.00 | $ 1,600.00 | $ 1,600.00 | $ 1,600.00 | $ 1,600.00 | $ 1,600.00 |
| Lease Arrearage | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | | | | | | | | |
| **Total Monthly Expenses** | **$ 182,507.00** | **$ 182,507.00** | **$ 182,507.00** | **$ 182,507.00** | **$ 182,507.00** | **$ 182,507.00** | **$ 182,507.00** | **$ 182,507.00** |
| **Net Available Funds (Outflow)** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** |

| | Aug-28 | Sep-28 | Oct-28 | Nov-28 | Dec-28 | Jan-29 | Feb-29 | Mar-29 |
|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | |
| Sales | $ 139,000.00 | $ 139,000.00 | $ 139,000.00 | $ 139,000.00 | $ 139,000.00 | $ 139,000.00 | $ 139,000.00 | $ 139,000.00 |
| Tips ** | $ 25,020.00 | $ 25,020.00 | $ 25,020.00 | $ 25,020.00 | $ 25,020.00 | $ 25,020.00 | $ 25,020.00 | $ 25,020.00 |
| Sales Tax Collected ** | $ 14,317.00 | $ 14,317.00 | $ 14,317.00 | $ 14,317.00 | $ 14,317.00 | $ 14,317.00 | $ 14,317.00 | $ 14,317.00 |
| Merchant Fees Collected ** | $ 4,170.00 | $ 4,170.00 | $ 4,170.00 | $ 4,170.00 | $ 4,170.00 | $ 4,170.00 | $ 4,170.00 | $ 4,170.00 |
| **Total Receipts** | **$ 182,507.00** | **$ 182,507.00** | **$ 182,507.00** | **$ 182,507.00** | **$ 182,507.00** | **$ 182,507.00** | **$ 182,507.00** | **$ 182,507.00** |
| | | | | | | | | |
| **Expenses** | | | | | | | | |
| Accounting/Bookkeeping | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| Advertising | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 |
| Cost of Goods Sold (30% of Gross Income) | $ 41,700.00 | $ 41,700.00 | $ 41,700.00 | $ 41,700.00 | $ 41,700.00 | $ 41,700.00 | $ 41,700.00 | $ 41,700.00 |
| Dues & Subscriptions | $ 730.00 | $ 730.00 | $ 730.00 | $ 730.00 | $ 730.00 | $ 730.00 | $ 730.00 | $ 730.00 |
| Equipment Rental | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 |
| Fuel/Transportation (Delivery) | $ 700.00 | $ 700.00 | $ 700.00 | $ 700.00 | $ 700.00 | $ 700.00 | $ 700.00 | $ 700.00 |
| Insurance | $ 656.00 | $ 656.00 | $ 656.00 | $ 656.00 | $ 656.00 | $ 656.00 | $ 656.00 | $ 656.00 |
| License and Permit | $ 392.00 | $ 392.00 | $ 392.00 | $ 392.00 | $ 392.00 | $ 392.00 | $ 392.00 | $ 392.00 |
| Marketing | $ 1,600.00 | $ 1,600.00 | $ 1,600.00 | $ 1,600.00 | $ 1,600.00 | $ 1,600.00 | $ 1,600.00 | $ 1,600.00 |
| Meals | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 |
| Merchant Charges ** | $ 4,170.00 | $ 4,170.00 | $ 4,170.00 | $ 4,170.00 | $ 4,170.00 | $ 4,170.00 | $ 4,170.00 | $ 4,170.00 |
| Office Supplies | $ 249.00 | $ 249.00 | $ 249.00 | $ 249.00 | $ 249.00 | $ 249.00 | $ 249.00 | $ 249.00 |
| Owner Draw | $ 7,750.00 | $ 7,750.00 | $ 7,750.00 | $ 7,750.00 | $ 7,750.00 | $ 7,750.00 | $ 7,750.00 | $ 7,750.00 |
| Payroll (Gross) | $ 49,300.00 | $ 49,300.00 | $ 49,300.00 | $ 49,300.00 | $ 49,300.00 | $ 49,300.00 | $ 49,300.00 | $ 49,300.00 |
| Payroll (Tips Earned) ** | $ 25,020.00 | $ 25,020.00 | $ 25,020.00 | $ 25,020.00 | $ 25,020.00 | $ 25,020.00 | $ 25,020.00 | $ 25,020.00 |
| Rent /Deferred Rent/Taxes/Service Fee | $ 9,630.00 | $ 9,630.00 | $ 9,630.00 | $ 9,630.00 | $ 9,630.00 | $ 9,630.00 | $ 9,630.00 | $ 9,630.00 |
| Rent (Storage) | $ 268.00 | $ 268.00 | $ 268.00 | $ 268.00 | $ 268.00 | $ 268.00 | $ 268.00 | $ 268.00 |
| Repairs & Maintenance | $ 530.00 | $ 530.00 | $ 530.00 | $ 530.00 | $ 530.00 | $ 530.00 | $ 530.00 | $ 530.00 |
| Software | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 |
| Supplies (Takeout Containers, etc.) | $ 970.00 | $ 970.00 | $ 970.00 | $ 970.00 | $ 970.00 | $ 970.00 | $ 970.00 | $ 970.00 |
| Taxes (Employer Payroll Contribution) | $ 8,200.00 | $ 8,200.00 | $ 8,200.00 | $ 8,200.00 | $ 8,200.00 | $ 8,200.00 | $ 8,200.00 | $ 8,200.00 |
| Taxes (Sales Tax) ** | $ 14,317.00 | $ 14,317.00 | $ 14,317.00 | $ 14,317.00 | $ 14,317.00 | $ 14,317.00 | $ 14,317.00 | $ 14,317.00 |
| Telephone & Internet | $ 1,300.00 | $ 1,300.00 | $ 1,300.00 | $ 1,300.00 | $ 1,300.00 | $ 1,300.00 | $ 1,300.00 | $ 1,300.00 |
| Utilities (Water - Paid to Landlord) | $ 800.00 | $ 800.00 | $ 800.00 | $ 800.00 | $ 800.00 | $ 800.00 | $ 800.00 | $ 800.00 |
| Utilities (Electric) | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 |
| | | | | | | | | |
| Admin Fee (Sub V Trustee) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Admin Fee (Neeleman Law Group) | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| Payment to Class 1 (Gesa Credit Union) | $ 1,575.00 | $ 1,575.00 | $ 1,575.00 | $ 1,575.00 | $ 1,575.00 | $ 1,575.00 | $ 1,575.00 | $ 1,575.00 |
| Payment to Class 2 (Unsecured Claims) | $ 250.00 | $ 250.00 | $ 250.00 | $ 250.00 | $ 250.00 | $ 250.00 | $ 250.00 | $ 250.00 |
| Payment to Dept of Revenue | $ 3,300.00 | $ 3,300.00 | $ 3,300.00 | $ 3,300.00 | $ 3,300.00 | $ 3,300.00 | $ 3,300.00 | $ 3,300.00 |
| Payment to IRS | $ 1,600.00 | $ 1,600.00 | $ 1,600.00 | $ 1,600.00 | $ 1,600.00 | $ 1,600.00 | $ 1,600.00 | $ 1,600.00 |
| Lease Arrearage | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | | | | | | | | |
| **Total Monthly Expenses** | **$ 182,507.00** | **$ 182,507.00** | **$ 182,507.00** | **$ 182,507.00** | **$ 182,507.00** | **$ 182,507.00** | **$ 182,507.00** | **$ 182,507.00** |
| **Net Available Funds (Outflow)** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** |

| | Apr-29 | May-29 | Jun-29 | Jul-29 | Aug-29 | Sep-29 | Oct-29 | Nov-29 |
|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | |
| Sales | $ 139,000.00 | $ 139,000.00 | $ 139,000.00 | $ 139,000.00 | $ 139,000.00 | $ 139,000.00 | $ 139,000.00 | $ 139,000.00 |
| Tips ** | $ 25,020.00 | $ 25,020.00 | $ 25,020.00 | $ 25,020.00 | $ 25,020.00 | $ 25,020.00 | $ 25,020.00 | $ 25,020.00 |
| Sales Tax Collected ** | $ 14,317.00 | $ 14,317.00 | $ 14,317.00 | $ 14,317.00 | $ 14,317.00 | $ 14,317.00 | $ 14,317.00 | $ 14,317.00 |
| Merchant Fees Collected ** | $ 4,170.00 | $ 4,170.00 | $ 4,170.00 | $ 4,170.00 | $ 4,170.00 | $ 4,170.00 | $ 4,170.00 | $ 4,170.00 |
| **Total Receipts** | **$ 182,507.00** | **$ 182,507.00** | **$ 182,507.00** | **$ 182,507.00** | **$ 182,507.00** | **$ 182,507.00** | **$ 182,507.00** | **$ 182,507.00** |
| | | | | | | | | |
| **Expenses** | | | | | | | | |
| Accounting/Bookkeeping | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| Advertising | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 |
| Cost of Goods Sold (30% of Gross Income) | $ 41,700.00 | $ 41,700.00 | $ 41,700.00 | $ 41,700.00 | $ 41,700.00 | $ 41,700.00 | $ 41,700.00 | $ 41,700.00 |
| Dues & Subscriptions | $ 730.00 | $ 730.00 | $ 730.00 | $ 730.00 | $ 730.00 | $ 730.00 | $ 730.00 | $ 730.00 |
| Equipment Rental | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 |
| Fuel/Transportation (Delivery) | $ 700.00 | $ 700.00 | $ 700.00 | $ 700.00 | $ 700.00 | $ 700.00 | $ 700.00 | $ 700.00 |
| Insurance | $ 656.00 | $ 656.00 | $ 656.00 | $ 656.00 | $ 656.00 | $ 656.00 | $ 656.00 | $ 656.00 |
| License and Permit | $ 392.00 | $ 392.00 | $ 392.00 | $ 392.00 | $ 392.00 | $ 392.00 | $ 392.00 | $ 392.00 |
| Marketing | $ 1,600.00 | $ 1,600.00 | $ 1,600.00 | $ 1,600.00 | $ 1,600.00 | $ 1,600.00 | $ 1,600.00 | $ 1,600.00 |
| Meals | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 |
| Merchant Charges ** | $ 4,170.00 | $ 4,170.00 | $ 4,170.00 | $ 4,170.00 | $ 4,170.00 | $ 4,170.00 | $ 4,170.00 | $ 4,170.00 |
| Office Supplies | $ 249.00 | $ 249.00 | $ 249.00 | $ 249.00 | $ 249.00 | $ 249.00 | $ 249.00 | $ 249.00 |
| Owner Draw | $ 7,750.00 | $ 7,750.00 | $ 7,750.00 | $ 7,750.00 | $ 7,750.00 | $ 7,750.00 | $ 7,750.00 | $ 7,750.00 |
| Payroll (Gross) | $ 49,300.00 | $ 49,300.00 | $ 49,300.00 | $ 49,300.00 | $ 49,300.00 | $ 49,300.00 | $ 49,300.00 | $ 49,300.00 |
| Payroll (Tips Earned) ** | $ 25,020.00 | $ 25,020.00 | $ 25,020.00 | $ 25,020.00 | $ 25,020.00 | $ 25,020.00 | $ 25,020.00 | $ 25,020.00 |
| Rent /Deferred Rent/Taxes/Service Fee | $ 9,630.00 | $ 9,630.00 | $ 9,630.00 | $ 9,630.00 | $ 9,630.00 | $ 9,630.00 | $ 9,630.00 | $ 9,630.00 |
| Rent (Storage) | $ 268.00 | $ 268.00 | $ 268.00 | $ 268.00 | $ 268.00 | $ 268.00 | $ 268.00 | $ 268.00 |
| Repairs & Maintenance | $ 530.00 | $ 530.00 | $ 530.00 | $ 530.00 | $ 530.00 | $ 530.00 | $ 530.00 | $ 530.00 |
| Software | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 |
| Supplies (Takeout Containers, etc.) | $ 970.00 | $ 970.00 | $ 970.00 | $ 970.00 | $ 970.00 | $ 970.00 | $ 970.00 | $ 970.00 |
| Taxes (Employer Payroll Contribution) | $ 8,200.00 | $ 8,200.00 | $ 8,200.00 | $ 8,200.00 | $ 8,200.00 | $ 8,200.00 | $ 8,200.00 | $ 8,200.00 |
| Taxes (Sales Tax) ** | $ 14,317.00 | $ 14,317.00 | $ 14,317.00 | $ 14,317.00 | $ 14,317.00 | $ 14,317.00 | $ 14,317.00 | $ 14,317.00 |
| Telephone & Internet | $ 1,300.00 | $ 1,300.00 | $ 1,300.00 | $ 1,300.00 | $ 1,300.00 | $ 1,300.00 | $ 1,300.00 | $ 1,300.00 |
| Utilities (Water - Paid to Landlord) | $ 800.00 | $ 800.00 | $ 800.00 | $ 800.00 | $ 800.00 | $ 800.00 | $ 800.00 | $ 800.00 |
| Utilities (Electric) | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 |
| | | | | | | | | |
| Admin Fee (Sub V Trustee) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Admin Fee (Neeleman Law Group) | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| Payment to Class 1 (Gesa Credit Union) | $ 1,575.00 | $ 1,575.00 | $ 1,575.00 | $ 1,575.00 | $ 1,575.00 | $ 1,575.00 | $ 1,575.00 | $ 1,575.00 |
| Payment to Class 2 (Unsecured Claims) | $ 250.00 | $ 250.00 | $ 250.00 | $ 250.00 | $ 250.00 | $ 250.00 | $ 250.00 | $ 250.00 |
| Payment to Dept of Revenue | $ 3,300.00 | $ 3,300.00 | $ 3,300.00 | $ 3,300.00 | $ 3,300.00 | $ 3,300.00 | $ 3,300.00 | $ 3,300.00 |
| Payment to IRS | $ 1,600.00 | $ 1,600.00 | $ 1,600.00 | $ 1,600.00 | $ 1,600.00 | $ 1,600.00 | $ 1,600.00 | $ 1,600.00 |
| Lease Arrearage | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | | | | | | | | |
| **Total Monthly Expenses** | **$ 182,507.00** | **$ 182,507.00** | **$ 182,507.00** | **$ 182,507.00** | **$ 182,507.00** | **$ 182,507.00** | **$ 182,507.00** | **$ 182,507.00** |
| **Net Available Funds (Outflow)** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** |

| | Dec-29 | Jan-30 | Feb-30 | Mar-30 | Apr-30 | May-30 |
|---|---|---|---|---|---|---|
| **Income** | | | | | | |
| Sales | $ 139,000.00 | $ 139,000.00 | $ 139,000.00 | $ 139,000.00 | $ 139,000.00 | $ 139,000.00 |
| Tips ** | $ 25,020.00 | $ 25,020.00 | $ 25,020.00 | $ 25,020.00 | $ 25,020.00 | $ 25,020.00 |
| Sales Tax Collected ** | $ 14,317.00 | $ 14,317.00 | $ 14,317.00 | $ 14,317.00 | $ 14,317.00 | $ 14,317.00 |
| Merchant Fees Collected ** | $ 4,170.00 | $ 4,170.00 | $ 4,170.00 | $ 4,170.00 | $ 4,170.00 | $ 4,170.00 |
| **Total Receipts** | **$ 182,507.00** | **$ 182,507.00** | **$ 182,507.00** | **$ 182,507.00** | **$ 182,507.00** | **$ 182,507.00** |
| | | | | | | |
| **Expenses** | | | | | | |
| Accounting/Bookkeeping | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| Advertising | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 |
| Cost of Goods Sold (30% of Gross Income) | $ 41,700.00 | $ 41,700.00 | $ 41,700.00 | $ 41,700.00 | $ 41,700.00 | $ 41,700.00 |
| Dues & Subscriptions | $ 730.00 | $ 730.00 | $ 730.00 | $ 730.00 | $ 730.00 | $ 730.00 |
| Equipment Rental | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 |
| Fuel/Transportation (Delivery) | $ 700.00 | $ 700.00 | $ 700.00 | $ 700.00 | $ 700.00 | $ 700.00 |
| Insurance | $ 656.00 | $ 656.00 | $ 656.00 | $ 656.00 | $ 656.00 | $ 656.00 |
| License and Permit | $ 392.00 | $ 392.00 | $ 392.00 | $ 392.00 | $ 392.00 | $ 392.00 |
| Marketing | $ 1,600.00 | $ 1,600.00 | $ 1,600.00 | $ 1,600.00 | $ 1,600.00 | $ 1,600.00 |
| Meals | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 |
| Merchant Charges ** | $ 4,170.00 | $ 4,170.00 | $ 4,170.00 | $ 4,170.00 | $ 4,170.00 | $ 4,170.00 |
| Office Supplies | $ 249.00 | $ 249.00 | $ 249.00 | $ 249.00 | $ 249.00 | $ 249.00 |
| Owner Draw | $ 7,750.00 | $ 7,750.00 | $ 7,750.00 | $ 7,750.00 | $ 7,750.00 | $ 7,750.00 |
| Payroll (Gross) | $ 49,300.00 | $ 49,300.00 | $ 49,300.00 | $ 49,300.00 | $ 49,300.00 | $ 49,300.00 |
| Payroll (Tips Earned) ** | $ 25,020.00 | $ 25,020.00 | $ 25,020.00 | $ 25,020.00 | $ 25,020.00 | $ 25,020.00 |
| Rent /Deferred Rent/Taxes/Service Fee | $ 9,630.00 | $ 9,630.00 | $ 9,630.00 | $ 9,630.00 | $ 9,630.00 | $ 9,630.00 |
| Rent (Storage) | $ 268.00 | $ 268.00 | $ 268.00 | $ 268.00 | $ 268.00 | $ 268.00 |
| Repairs & Maintenance | $ 530.00 | $ 530.00 | $ 530.00 | $ 530.00 | $ 530.00 | $ 530.00 |
| Software | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 | $ 300.00 |
| Supplies (Takeout Containers, etc.) | $ 970.00 | $ 970.00 | $ 970.00 | $ 970.00 | $ 970.00 | $ 970.00 |
| Taxes (Employer Payroll Contribution) | $ 8,200.00 | $ 8,200.00 | $ 8,200.00 | $ 8,200.00 | $ 8,200.00 | $ 8,200.00 |
| Taxes (Sales Tax) ** | $ 14,317.00 | $ 14,317.00 | $ 14,317.00 | $ 14,317.00 | $ 14,317.00 | $ 14,317.00 |
| Telephone & Internet | $ 1,300.00 | $ 1,300.00 | $ 1,300.00 | $ 1,300.00 | $ 1,300.00 | $ 1,300.00 |
| Utilities (Water - Paid to Landlord) | $ 800.00 | $ 800.00 | $ 800.00 | $ 800.00 | $ 800.00 | $ 800.00 |
| Utilities (Electric) | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 |
| | | | | | | |
| Admin Fee (Sub V Trustee) | $ - | $ - | $ - | $ - | $ - | $ - |
| Admin Fee (Neeleman Law Group) | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| Payment to Class 1 (Gesa Credit Union) | $ 1,575.00 | $ 1,575.00 | $ 1,575.00 | $ 1,575.00 | $ 1,575.00 | $ 1,575.00 |
| Payment to Class 2 (Unsecured Claims) | $ 250.00 | $ 250.00 | $ 250.00 | $ 250.00 | $ 250.00 | $ 250.00 |
| Payment to Dept of Revenue | $ 3,300.00 | $ 3,300.00 | $ 3,300.00 | $ 3,300.00 | $ 3,300.00 | $ 3,300.00 |
| Payment to IRS | $ 1,600.00 | $ 1,600.00 | $ 1,600.00 | $ 1,600.00 | $ 1,600.00 | $ 1,600.00 |
| Lease Arrearage | $ - | $ - | $ - | $ - | $ - | $ - |
| | | | | | | |
| **Total Monthly Expenses** | **$ 182,507.00** | **$ 182,507.00** | **$ 182,507.00** | **$ 182,507.00** | **$ 182,507.00** | **$ 182,507.00** |
| **Net Available Funds (Outflow)** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** |