Jennifer L. Neeleman, WSBA #37374
NEELEMAN LAW GROUP, P.C.
1403 8th Street
Marysville, WA 98270
Telephone: (425) 212-4800
Facsimile: (425) 212-4802
Email: jennifer@neelemanlaw.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

In re:

Di Antar Group, LLC

    Debtor.

Case No.: 25-11655

DECLARATION OF HEE SOO KIM REGARDING PROJECTIONS ATTACHED AS EXHIBIT C TO PLAN OF REORGANIZATION

I, Hee Soo Kim, declare under penalty of perjury the following:

1) That I am the Managing Member Di Antar Group, LLC (herein "Debtor").

2) That I have prepared the projections attached as Exhibit C to the Debtor's Chapter 11 Plan.

3) That based on my experience managing the Debtor, I believe that the projections on Exhibit C to the Plan of Reorganization represent realistic expectations as to the income and expense amounts for the Debtor's operation during the designated future time periods.

Dated this 15th day of September, 2025

/s/ Hee Soo Kim
Hee Soo Kim - Managing Member
Di Antar Group, LLC

Declaration

1403 8th Street
Marysville, WA 98270
P 425.212.4800 || F 425.212.4802

**Neeleman Law Group**