# Exhibit E - Liquidation Analysis

*Plan Proponent's Estimated Liquidation Value of Assets*

| | | |
|---|---:|---:|
| **Assets** | | |
| a. Inventory | $ | 4,400.00 |
| b. Misc. Business Equipment | $ | 70,000.00 |
| **Total Assets at Liquidation Value** | **$** | **74,400.00** |
| *Subtotal:* | *$* | *74,400.00* |
| Less Cost of Sale (COS) @ 10% of b | $ | (7,000.00) |
| Less Secured Claim | $ | (322,313.19) |
| Less Chapter 11 Administrative Fees (Neeleman Law Group) | $ | (35,000.00) |
| Less Chapter 11 Administrative Fees (Subchapter V Trustee) | $ | (3,500.00) |
| Less Exemptions | $ | - |
| Ch. 7 Trustee Fee @ 25% on subtotal (up to $5,000) | $ | (1,250.00) |
| Ch. 7 Trustee Fee @ 10% on subtotal ($5,000 - $50,000) | $ | (4,500.00) |
| Ch. 7 Trustee Fee @ 5% on subtotal (> $50,000) | $ | (1,220.00) |
| *Total:* | *$* | *(300,383.19)* |
| ***Amount Available to Unsecured Creditors in Chapter 7*** | | **$0.00** |
| ***Non-Priority Unsecured Claims to be Paid Through Plan*** | | **$10,000.00** |