

Pierce J. Jordan
Associate General Counsel

T: (509) 824-7510
pierce.jordan@gesa.com

P.O. Box 500
Richland, WA 99352

October 27, 2025

Honorable Judge Christopher M. Alston
700 Stewart St, Room 6301
Seattle, WA 98101

**Re:** **Di Antar Group, LLC, Debtor**
*U.S. Bankruptcy Court, Western District of WA Cause No. 25-11655*
**Confirmation of Plan Hearing: Thursday, October 30, 2025, at 9:30 a.m.**

Dear Your Honor:

I am writing to respectfully request permission to telephonically attend the Confirmation of the Plan Hearing in the above-referenced matter, which is scheduled to take place Thursday, October 30, 2025, at 9:30 a.m. This request is made in the interest of economy as in-person attendance requires 500 miles of round-trip travel (Spokane to Seattle) for what is anticipated to be a relatively short hearing. I look forward to your response to this request and I appreciate any courtesy you are willing to provide. Thank you.

Sincerely,

Pierce J. Jordan
*Associate General Counsel*