Jennifer L. Neeleman, WSBA #37374  
Thomas D. Neeleman, WSBA #33980  
NEELEMAN LAW GROUP, P.C.  
1403 8th Street  
Marysville, WA 98270  
Telephone: (425) 212-4800  
Fax: (425) 212-4802  
Email: jennifer@neelemanlaw.com  
Attorneys for Debtors

The Honorable Christopher M. Alston

UNITED STATES BANKRUPTCY COURT  
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | CHAPTER 11 |
| DI ANTAR GROUP, LLC | CASE NO. 25-11655 |
| Debtor. | SUMMARY OF BALLOTS |

COMES NOW the Debtor, Di Antar Group, LLC (herein, "Debtor") pursuant to Local Bankruptcy Rule 3018-1 and hereby submits this Summary of Ballots regarding the Debtor's Plan of Reorganization ("Plan") filed September 15, 2025.

## SUMMARY OF BALLOTS

Debtor's Counsel received 2 rejection votes and 1 acceptance vote.

**Class 1 - Secured claim of Gesa Credit Union**

    a) <u>One ballot received</u>
        1) Gesa Credit Union - $74,400.00 (pursuant to Debtor's plan)

    b) <u>Total Claims in Class 1:</u>
        1) 1 ballot received; total value = $74,400.00
        2) Voting percentage of claims:
            - Total Votes to Accept = $0.00 (0%)
            - Total Votes to Reject = $74,400.00 (100%)

Summary of Ballots  
1403 8th Street  
Marysville, WA 98270  
P 425.212.4800 || F 425.212.4802  
**Neeleman Law Group**

Case 25-11655-CMA    Doc 76    Filed 10/27/25    Ent. 10/27/25 15:32:38    Pg. 1 of 2

3) Voting number: 1
   - Voting to Accept = 0 (0%)
   - Voting to Reject = 100 (0%)

**Class 2    General Unsecured Claims – 1 Acceptance Vote Received and 1 Rejection Vote Received**

a) <u>Two ballots received</u>
   1) Gesa Credit Union - $252,313.19 (pursuant to Debtor's plan)
   2) American Express - $27,058.00

b) <u>Total Claims in Class Two:</u>
   1) 2 ballots received; total value = $279,371.19
   2) Voting percentage of claims:
      - Total Votes to Accept = $27,058.00 (9%)
      - Total Votes to Reject = $279,371.19 (91%)
   3) Voting number: 1
      - Voting to Accept = 1 (50%)
      - Voting to Reject = 1 (50%)

At this time, impaired Classes 1 and 2 have voted to reject the plan.

Dated this 27th day of October, 2025

NEELEMAN LAW GROUP, P.C.


<u>/s/ Jennifer L. Neeleman</u>
Jennifer L. Neeleman
Attorney for Debtor

Summary of Ballots

1403 8th Street
Marysville, WA 98270
P 425.212.4800 || F 425.212.4802

**Neeleman Law Group**

Case 25-11655-CMA    Doc 76    Filed 10/27/25    Ent. 10/27/25 15:32:38    Pg. 2 of 2