Jennifer L. Neeleman, WSBA #37374
Thomas D. Neeleman, WSBA #33980
NEELEMAN LAW GROUP, P.C.
1403 8th Street
Marysville, WA 98270
Telephone: (425) 212-4800
Facsimile: (425) 212-4802
jennifer@neelemanlaw.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>Di Antar Group, LLC<br><br>　　　　Debtor(s). | Case No.: 25-11655<br><br>DECLARATION OF SERVICE |

I, Jennifer Neeleman, declare under penalty of perjury that on the 27th day of October, 2025, I caused a copy of the Pre-Confirmation Report to be sent via ECF to Pierce J. Jordan on behalf of Gesa Credit Union at pierce.jordan@gesa.com.

Dated this 28th day of October, 2025

*/s/ Jennifer L. Neeleman*
Jennifer L. Neeleman

Declaration of Service

1403 8th Street
Marysville, WA 98270
P 425.212.4800 || F 425.212.4802

**Neeleman Law Group**