**Fill in this information to identify the case:**

Debtor Name   Di Antar Group, LLC

United States Bankruptcy Court for the: Western District of Washington

Case number:   25-11655

☐ Check if this is an
amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11    12/17

Month:              August, 2025

Date report filed: _____
MM / DD / YYYY

Line of business:   Restaurant

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:                          Hee Soo Kim

Original signature of responsible party    /s/ Hee Soo Kim

Printed name of responsible party          Hee Soo Kim

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer No to any of the questions in lines 1-9, attach an explanation and label it Exhibit A.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer Yes to any of the questions in lines 10-18, attach an explanation and label it Exhibit B.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Case 25-11655-CMA    Doc 84    Filed 10/30/25    Ent. 10/30/25 08:30:37    Pg. 1 of 21

Debtor Name  Di Antar Group, LLC          Case number  25-11655

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☑ ☐ ☐

## 2. Summary of Cash Activity for All Accounts

**19. Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ ___-11.71___

**20. Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$ ___84,589.19___

**21. Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

− $ ___83,256.83___

**22. Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $ ___1,332.36___

**23. Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

= $ ___1,320.65___

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

**24. Total payables**

$ ___0.00___

*(Exhibit E)*

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                              $ _____ 0.00

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                          16

27. What is the number of employees as of the date of this monthly report?            16

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?           $ _____ 0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ _____ 0.00

30. How much have you paid this month in other professional fees?                     $ _____ 0.00

31. How much have you paid in total other professional fees since filing the case?    $ _____ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
| | *Column A* | | *Column B* | | *Column C* |
| | **Projected** | — | **Actual** | = | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 142,000.00 | — | $ 84,589.19 | = | $ 57,410.81 |
| 33. **Cash disbursements** | $ 133,416.00 | — | $ 83,256.83 | = | $ 50,159.17 |
| 34. **Net cash flow** | $ 8,584.00 | — | $ 1,332.36 | = | $ -7,251.64 |

35. Total projected cash receipts for the next month:                     $ 124,300.00

36. Total projected cash disbursements for the next month:              - $ 124,000.00

37. Total projected net cash flow for the next month:                   = $ _____ 300.00

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

☐ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

# EXHIBIT C

| Date | Description | Amount |
|------|-------------|--------|
| **Chase Checking - 5773** | | |
| 8/1/2025 | Deposit - Business Income | $1,330.46 |
| 8/1/2025 | Deposit - Business Income | $195.65 |
| 8/4/2025 | Deposit - Business Income | $3,611.61 |
| 8/4/2025 | Deposit - Business Income | $2,729.05 |
| 8/4/2025 | Deposit - Business Income | $1,098.75 |
| 8/4/2025 | Deposit - Business Income | $427.61 |
| 8/4/2025 | Deposit - Business Income | $405.53 |
| 8/4/2025 | Deposit - Business Income | $0.02 |
| 8/5/2025 | Deposit - Business Income | $4,235.25 |
| 8/5/2025 | Deposit - Business Income | $943.93 |
| 8/6/2025 | Deposit - Business Income | $869.66 |
| 8/6/2025 | Deposit - Business Income | $249.75 |
| 8/7/2025 | Deposit - Business Income | $1,724.40 |
| 8/7/2025 | Deposit - Business Income | $266.45 |
| 8/8/2025 | Deposit - Business Income | $1,679.53 |
| 8/8/2025 | Deposit - Business Income | $525.47 |
| 8/11/2025 | Deposit - Business Income | $3,628.44 |
| 8/11/2025 | Deposit - Business Income | $3,174.19 |
| 8/11/2025 | Deposit - Business Income | $2,659.93 |
| 8/11/2025 | Deposit - Business Income | $1,500.51 |
| 8/11/2025 | Deposit - Business Income | $805.09 |
| 8/11/2025 | Deposit - Business Income | $501.96 |
| 8/12/2025 | Deposit - Business Income | $1,188.34 |
| 8/13/2025 | Deposit - Business Income | $1,422.94 |
| 8/13/2025 | Deposit - Business Income | $675.23 |
| 8/14/2025 | Deposit - Business Income | $1,601.17 |
| 8/14/2025 | Deposit - Business Income | $435.32 |
| 8/15/2025 | Deposit - Business Income | $250.00 |
| 8/15/2025 | Deposit - Business Income | $1,212.00 |
| 8/15/2025 | Deposit - Business Income | $1,027.13 |
| 8/15/2025 | Deposit - Business Income | $541.62 |
| 8/18/2025 | Deposit - Business Income | $4,269.09 |
| 8/18/2025 | Deposit - Business Income | $2,777.86 |
| 8/18/2025 | Deposit - Business Income | $2,489.70 |
| 8/18/2025 | Deposit - Business Income | $2,421.81 |
| 8/18/2025 | Deposit - Business Income | $1,207.91 |
| 8/18/2025 | Deposit - Business Income | $378.44 |
| 8/19/2025 | Deposit - Business Income | $1,670.49 |
| 8/19/2025 | Deposit - Business Income | $800.64 |
| 8/20/2025 | Deposit - Business Income | $435.18 |
| 8/20/2025 | Deposit - Business Income | $328.45 |
| 8/21/2025 | Deposit - Business Income | $1,778.85 |
| 8/21/2025 | Deposit - Business Income | $131.47 |
| 8/21/2025 | Deposit - Business Income | $0.17 |
| 8/22/2025 | Deposit - Business Income | $1,722.67 |
| 8/22/2025 | Deposit - Business Income | $540.72 |
| 8/25/2025 | Deposit - Business Income | $4,492.18 |
| 8/25/2025 | Deposit - Business Income | $3,945.01 |

| | | |
|---|---|---|
| 8/25/2025 | Deposit - Business Income | $2,773.81 |
| 8/25/2025 | Deposit - Business Income | $1,207.87 |
| 8/25/2025 | Deposit - Business Income | $842.60 |
| 8/25/2025 | Deposit - Business Income | $521.53 |
| 8/26/2025 | Deposit - Business Income | $1,536.04 |
| 8/26/2025 | Deposit - Business Income | $1,357.82 |
| 8/27/2025 | Deposit - Business Income | $1,147.42 |
| 8/27/2025 | Deposit - Business Income | $466.78 |
| 8/28/2025 | Deposit - Business Income | $1,627.55 |
| 8/28/2025 | Deposit - Business Income | $348.02 |
| 8/29/2025 | Deposit - Business Income | $1,962.08 |
| 8/29/2025 | Deposit - Business Income | $490.04 |
| | Total: | **$84,589.19** |

# EXHIBIT D

| Date | Num | Name | Memo/Description | Purpose | Amount |
|------|-----|------|------------------|---------|--------|
| **Chase Checking - 5773** | | | | | |
| 8/18/2025 | 141 | Employee | | Payroll | ($906.70) |
| 8/18/2025 | 142 | Employee | | Payroll | ($617.76) |
| 8/25/2025 | 143 | Employee | | Payroll | ($381.89) |
| 8/25/2025 | 144 | Employee | | Payroll | ($1,579.55) |
| 8/25/2025 | 145 | Employee | | Payroll | ($865.18) |
| 8/25/2025 | 147 | Employee | | Payroll | ($636.29) |
| 8/26/2025 | 149 | Employee | | Payroll | ($623.92) |
| 8/13/2025 | 5377 | Employee | | Payroll | ($637.32) |
| 8/13/2025 | 8645 | Employee | | Payroll | ($968.72) |
| 8/11/2025 | 8647 | Employee | | Payroll | ($315.54) |
| 8/11/2025 | 8655 | Employee | | Payroll | ($137.32) |
| 8/11/2025 | 8657 | Employee | | Payroll | ($574.55) |
| 8/27/2025 | 8658 | Employee | | Payroll | ($611.43) |
| | | | | | |
| 8/1/2025 | | Chefstore | | Vendor/Supplies | ($177.39) |
| 8/4/2025 | | Exploretock.com | | Vendor/Supplies | ($218.99) |
| 8/6/2025 | | Hmart | | Vendor/Supplies | ($138.52) |
| 8/6/2025 | | Chefstore | | Vendor/Supplies | ($120.13) |
| 8/6/2025 | | Amazon | | Vendor/Supplies | ($66.12) |
| 8/6/2025 | | Amazon | | Vendor/Supplies | ($420.10) |
| 8/7/2025 | | The Webstaurant | | Vendor/Supplies | ($455.04) |
| 8/7/2025 | | Chefstore | | Vendor/Supplies | ($277.95) |
| 8/7/2025 | | Connnecteam | | Office Expense | ($262.52) |
| 8/7/2025 | | Costco Gas | | Vendor/Supplies | ($67.51) |
| 8/8/2025 | | Hmart | | Vendor/Supplies | ($37.74) |
| 8/11/2025 | | Bulk Pax | | Vendor/Supplies | ($529.44) |
| 8/11/2025 | | Chefstore | | Vendor/Supplies | ($249.55) |
| 8/11/2025 | | Amazon | | Vendor/Supplies | ($52.31) |
| 8/11/2025 | | Amazon | | Vendor/Supplies | ($52.31) |
| 8/11/2025 | | Amazon | | Vendor/Supplies | ($153.32) |
| 8/11/2025 | | Amazon | | Vendor/Supplies | ($3.30) |
| 8/12/2025 | | OpenAI | | Office Expense | ($66.18) |
| 8/12/2025 | | Seoil Agency | | Vendor/Supplies | ($180.00) |
| 8/12/2025 | | Google | | Office Expense | ($11.02) |
| 8/18/2025 | | Midjourney | | Fuel (Catering) | ($33.09) |
| 8/18/2025 | | Nanas Green Tea | | Vendor/Supplies | ($17.50) |
| 8/18/2025 | | Gol Mok Market | | Vendor/Supplies | ($410.19) |
| 8/19/2025 | | Crate and Barrel | | Repairs/Maintenance | ($495.25) |
| 8/21/2025 | | Hmart | | Vendor/Supplies | ($318.43) |
| 8/22/2025 | | Adobe | | Office Expense | ($518.35) |
| 8/25/2025 | | Docusign | | Office Expense | ($16.55) |
| 8/25/2025 | | Populus Seattle | | Meals | ($131.04) |
| 8/25/2025 | | Small Pdf | | Office Expense | ($12.00) |
| 8/26/2025 | | Hmart | | Vendor/Supplies | ($102.41) |
| 8/26/2025 | | Chefstore | | Vendor/Supplies | ($399.62) |
| 8/26/2025 | | Amazon | | Vendor/Supplies | ($11.99) |
| 8/26/2025 | | Amazon | | Vendor/Supplies | ($8.70) |
| 8/26/2025 | | Amazon | | Vendor/Supplies | ($33.88) |
| 8/27/2025 | | Olivenation | | Vendor/Supplies | ($67.93) |
| 8/27/2025 | | Chefstore | | Vendor/Supplies | ($345.57) |
| 8/27/2025 | | Bon Redmond | | Vendor/Supplies | ($121.61) |
| 8/27/2025 | | Amazon | | Vendor/Supplies | ($33.88) |
| 8/27/2025 | | Squarespace | | Office Expense | ($39.71) |

| Date | Payee | Category | Amount |
|---|---|---|---|
| 8/1/2025 | JFC International | Vendor/Supplies | ($603.66) |
| 8/1/2025 | Davo Technologie | Sales Tax Deposit | ($136.05) |
| 8/4/2025 | IRS | Taxes | ($6,957.94) |
| 8/4/2025 | Cintas Corp. | Cleaning Supplies | ($318.48) |
| 8/4/2025 | Davo Technologie | Sales Tax Deposit | ($155.00) |
| 8/4/2025 | Davo Technologie | Sales Tax Deposit | ($3.00) |
| 8/4/2025 | Asia Discount | Vendor/Supplies | ($859.13) |
| 8/4/2025 | Davo Technologie | Sales Tax Deposit | ($342.77) |
| 8/5/2025 | SJ Distributor | Vendor/Supplies | ($748.70) |
| 8/5/2025 | Davo Technologie | Sales Tax Deposit | ($450.44) |
| 8/5/2025 | Davo Technologie | Sales Tax Deposit | ($392.99) |
| 8/5/2025 | Realtime Payroll | Payroll Payment | ($0.38) |
| 8/5/2025 | Realtime Payroll | Payroll Payment | ($0.28) |
| 8/6/2025 | Davo Technologie | Sales Tax Deposit | ($104.40) |
| 8/6/2025 | Realtime Payroll | Payroll Payment | ($2,603.00) |
| 8/7/2025 | Davo Technologie | Sales Tax Deposit | ($108.43) |
| 8/8/2025 | JFC International | Vendor/Supplies | ($1,499.55) |
| 8/8/2025 | PNP Bill Pay | Utilities | ($1,422.20) |
| 8/8/2025 | Davo Technologie | Sales Tax Deposit | ($214.42) |
| 8/11/2025 | Payroll Tax | Taxes | ($23.12) |
| 8/11/2025 | Asia Discount | Vendor/Supplies | ($1,216.72) |
| 8/11/2025 | Davo Technologie | Sales Tax Deposit | ($209.12) |
| 8/11/2025 | Realtime Vendor | District 1 | ($4,000.00) |
| 8/11/2025 | Realtime Vendor | District 1 | ($4,000.00) |
| 8/11/2025 | Torder | Office Expense | ($690.00) |
| 8/11/2025 | Clover Fees | Office Expense | ($445.77) |
| 8/11/2025 | Davo Technologie | Sales Tax Deposit | ($433.71) |
| 8/12/2025 | SJ Distributor | Vendor/Supplies | ($729.10) |
| 8/12/2025 | Davo Technologie | Sales Tax Deposit | ($450.55) |
| 8/13/2025 | Davo Technologie | Sales Tax Deposit | ($61.37) |
| 8/14/2025 | Mothershipx | Vendor/Supplies | ($2,226.88) |
| 8/14/2025 | Davo Technologie | Sales Tax Deposit | ($177.85) |
| 8/15/2025 | JFC International | Vendor/Supplies | ($1,303.06) |
| 8/15/2025 | JFC International | Vendor/Supplies | ($200.00) |
| 8/15/2025 | Davo Technologie | Sales Tax Deposit | ($197.10) |
| 8/15/2025 | JFC International | Vendor/Supplies | ($193.00) |
| 8/18/2025 | Realtime Payroll | Payroll Payment | ($0.24) |
| 8/18/2025 | Realtime Payroll | Payroll Payment | ($0.17) |
| 8/18/2025 | Realtime Payroll | Payroll Payment | ($2,813.11) |
| 8/18/2025 | Davo Technologie | Sales Tax Deposit | ($327.54) |
| 8/18/2025 | Davo Technologie | Sales Tax Deposit | ($152.56) |
| 8/18/2025 | Enyiya - Payroll | Payroll Payment | ($1,513.84) |
| 8/18/2025 | ACH Payroll | Payroll Payment | ($1,041.86) |
| 8/19/2025 | Davo Technologie | Sales Tax Deposit | ($448.29) |
| 8/19/2025 | Realtime Payroll | Payroll Payment | ($4,431.16) |
| 8/19/2025 | SJ Distributor | Vendor/Supplies | ($878.05) |
| 8/19/2025 | Davo Technologie | Sales Tax Deposit | ($558.81) |
| 8/19/2025 | Davo Technologie | Sales Tax Deposit | ($498.60) |
| 8/20/2025 | Davo Technologie | Sales Tax Deposit | ($108.85) |
| 8/21/2025 | Day Lee | Vendor/Supplies | ($980.40) |
| 8/21/2025 | Davo Technologie | Sales Tax Deposit | ($55.34) |
| 8/21/2025 | Realtime Payroll | Payroll Payment | ($611.43) |
| 8/22/2025 | ACH Payroll | Payroll Payment | ($524.30) |
| 8/22/2025 | JFC International | Vendor/Supplies | ($1,251.85) |
| 8/22/2025 | Davo Technologie | Sales Tax Deposit | ($222.80) |
| 8/22/2025 | Realtime Payroll | Payroll Payment | ($483.73) |

| Date | Payee | Description | Amount |
|---|---|---|---|
| 8/22/2025 | Realtime Payroll | Payroll Payment | ($266.72) |
| 8/25/2025 | Asia Discount | Vendor/Supplies | ($1,016.45) |
| 8/25/2025 | Davo Technologie | Sales Tax Deposit | ($215.88) |
| 8/25/2025 | Realtime Payroll | Payroll Payment | ($1,521.95) |
| 8/25/2025 | ACH Payroll | Payroll Payment | ($2,989.87) |
| 8/25/2025 | Realtime Payroll | Payroll Payment | ($1,138.69) |
| 8/25/2025 | Realtime Vendor | District 1 | ($2,000.00) |
| 8/25/2025 | Davo Technologie | Sales Tax Deposit | ($348.41) |
| 8/26/2025 | Davo Technologie | Sales Tax Deposit | ($567.42) |
| 8/26/2025 | Davo Technologie | Sales Tax Deposit | ($516.40) |
| 8/26/2025 | SJ Distributor | Vendor/Supplies | ($485.55) |
| 8/26/2025 | Verizon Wireless | Cell Phone | ($736.50) |
| 8/26/2025 | Google | Office Expense | ($88.62) |
| 8/27/2025 | Cintas Corp. | Cleaning Supplies | ($318.48) |
| 8/27/2025 | Davo Technologie | Sales Tax Deposit | ($179.76) |
| 8/28/2025 | Day Lee | Vendor/Supplies | ($2,109.05) |
| 8/28/2025 | Davo Technologie | Sales Tax Deposit | ($131.65) |
| 8/29/2025 | JFC International | Vendor/Supplies | ($1,093.51) |
| 8/29/2025 | Davo Technologie | Sales Tax Deposit | ($200.59) |
| 8/29/2025 | Google | Office Expense | ($45.67) |
| 8/15/2025 | Payroll | Payroll Payment | ($1,376.25) |
| 8/26/2025 | Chase | Bank Charge | ($15.00) |
| | | **Chase Checking Subtotal:** | **($83,256.83)** |



**CHASE**
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

August 01, 2025 through August 29, 2025

Account Number:                    )5773



00013713 DRE 702 153 24225 NNNNNNNNNNN T  1 000000000 64 0000
DI ANTAR GROUP LLC
2720 152ND AVE NE UNIT 130
REDMOND WA 98052-5889

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

## How we treat third-party endorsed check deposits is changing

A third-party endorsed check is a check that was originally payable to another person/entity that you attempt to deposit or cash. Beginning September 1, 2025, we may not accept a third-party check for deposit or to cash or we may require verification of endorsements. If we refuse a deposit, we may return the check or provide a substitute check to you.

You can find this update in Section III. A. *Our rights and responsibilities for deposits*, within the Deposit Account Agreement at **chase.com/Business/Disclosures**.

If you have questions, please don't hesitate to contact us by calling the number on this statement.

## CHECKING SUMMARY | Chase Business Complete Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **-$11.71** |
| Deposits and Additions | 60 | 84,589.19 |
| Checks Paid | 13 | -8,856.17 |
| ATM & Debit Card Withdrawals | 39 | -6,657.14 |
| Electronic Withdrawals | 76 | -66,352.27 |
| Other Withdrawals | 1 | -1,376.25 |
| Fees | 1 | -15.00 |
| **Ending Balance** | **190** | **$1,320.65** |

Your Monthly Service Fee was $15 this statement period.

**How to Avoid the Monthly Service Fee (MSF)**
If you meet any of the following qualifying activities for this Chase Business Complete Checking[SM] account in a statement period, we will waive the $15 MSF.

Here's the business activity we used to determine if you qualified for the MSF waiver:
- $2,000 Minimum Daily Ending Balance: Your lowest daily ending balance was $14.56.
- $2,000 Chase Payment Solutions[SM] Activity: $0.00 was deposited into this account.
- $2,000 Chase Ink[®] Business Card Activity: $0.00 was your total Ink activity.

You can also avoid the MSF if you:
- Maintain a linked Chase Private Client Checking[SM] account OR
- Meet Chase Military Banking requirements

For complete details on all requirements to avoid the MSF, please review the Additional Banking Services and Fees for Business Accounts at chase.com/business/disclosures or visit a Chase branch.

Case 25-11655-CMA   Doc 84   Filed 10/30/25   Ent. 10/30/25 08:30:37   Pg. 10 of 21

# CHASE ◯

# DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/01 | Payment Received     07/31 First Data Rapid Depos Redmond WA Card 8459 | $1,330.46 |
| 08/01 | Orig CO Name:Merchant Bankcd     Orig ID:C592126793 Desc Date:250731 CO Entry Descr:Deposit Sec:CCD   Trace#:091000019325311 Eed:250801   Ind ID:498407797881 Ind Name:Shaburina                                      Ppi Bankcard Dep Trn: 2139325311Tc | 195.65 |
| 08/04 | Payment Received     08/02 First Data Rapid Depos Redmond WA Card 8459 | 3,611.61 |
| 08/04 | Payment Received     08/01 First Data Rapid Depos Redmond WA Card 8459 | 2,729.05 |
| 08/04 | Orig CO Name:Merchant Bankcd     Orig ID:C592126793 Desc Date:250803 CO Entry Descr:Deposit Sec:CCD   Trace#:091000010647695 Eed:250804   Ind ID:498407797881 Ind Name:Shaburina                                      Ppi Bankcard Dep Trn: 2160647695Tc | 1,098.75 |
| 08/04 | Orig CO Name:Merchant Bankcd     Orig ID:C592126793 Desc Date:250802 CO Entry Descr:Deposit Sec:CCD   Trace#:091000016650822 Eed:250804   Ind ID:498407797881 Ind Name:Shaburina                                      Ppi Bankcard Dep Trn: 2166650822Tc | 427.61 |
| 08/04 | Orig CO Name:Merchant Bankcd     Orig ID:C592126793 Desc Date:250801 CO Entry Descr:Deposit Sec:CCD   Trace#:091000016445549 Eed:250804   Ind ID:498407797881 Ind Name:Shaburina                                      Ppi Bankcard Dep Trn: 2166445549Tc | 405.53 |
| 08/04 | Orig CO Name:Google     Orig ID:F770493581 Desc Date:     CO Entry Descr:Acctverifysec:CCD   Trace#:091000010629747 Eed:250804   Ind ID:US0047L4NH Ind Name:Hee Soo Kim 014387728 Credit Trn: 2160629747Tc | 0.02 |
| 08/05 | Orig CO Name:Merchant Bankcd     Orig ID:C592126793 Desc Date:250804 CO Entry Descr:Deposit Sec:CCD   Trace#:091000017202898 Eed:250805   Ind ID:498407797881 Ind Name:Shaburina                                      Ppi Bankcard Dep Trn: 2177202898Tc | 4,235.25 |
| 08/05 | Payment Received     08/04 First Data Rapid Depos Redmond WA Card 8459 | 943.93 |
| 08/06 | Payment Received     08/05 First Data Rapid Depos Redmond WA Card 8459 | 869.66 |
| 08/06 | Orig CO Name:Merchant Bankcd     Orig ID:C592126793 Desc Date:250805 CO Entry Descr:Deposit Sec:CCD   Trace#:091000014778105 Eed:250806   Ind ID:498407797881 Ind Name:Shaburina                                      Ppi Bankcard Dep Trn: 2184778105Tc | 249.75 |
| 08/07 | Payment Received     08/06 First Data Rapid Depos Redmond WA Card 8459 | 1,724.40 |
| 08/07 | Orig CO Name:Merchant Bankcd     Orig ID:C592126793 Desc Date:250806 CO Entry Descr:Deposit Sec:CCD   Trace#:091000012735759 Eed:250807   Ind ID:498407797881 Ind Name:Shaburina                                      Ppi Bankcard Dep Trn: 2192735759Tc | 266.45 |
| 08/08 | Payment Received     08/07 First Data Rapid Depos Redmond WA Card 8459 | 1,679.53 |
| 08/08 | Orig CO Name:Merchant Bankcd     Orig ID:C592126793 Desc Date:250807 CO Entry Descr:Deposit Sec:CCD   Trace#:091000013863690 Eed:250808   Ind ID:498407797881 Ind Name:Shaburina                                      Ppi Bankcard Dep Trn: 2203863690Tc | 525.47 |
| 08/11 | Payment Received     08/10 First Data Rapid Depos Redmond WA Card 8459 | 3,628.44 |
| 08/11 | Payment Received     08/08 First Data Rapid Depos Redmond WA Card 8459 | 3,174.19 |
| 08/11 | Payment Received     08/09 First Data Rapid Depos Redmond WA Card 8459 | 2,659.93 |
| 08/11 | Orig CO Name:Merchant Bankcd     Orig ID:C592126793 Desc Date:250809 CO Entry Descr:Deposit Sec:CCD   Trace#:091000018361592 Eed:250811   Ind ID:498407797881 Ind Name:Shaburina                                      Ppi Bankcard Dep Trn: 2238361592Tc | 1,500.51 |
| 08/11 | Orig CO Name:Merchant Bankcd     Orig ID:C592126793 Desc Date:250810 CO Entry Descr:Deposit Sec:CCD   Trace#:091000017951789 Eed:250811   Ind ID:498407797881 Ind Name:Shaburina                                      Ppi Bankcard Dep Trn: 2237951789Tc | 805.09 |
| 08/11 | Orig CO Name:Merchant Bankcd     Orig ID:C592126793 Desc Date:250808 CO Entry Descr:Deposit Sec:CCD   Trace#:091000018512910 Eed:250811   Ind ID:498407797881 Ind Name:Shaburina                                      Ppi Bankcard Dep Trn: 2238512910Tc | 501.96 |


# DEPOSITS AND ADDITIONS  *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|-------:|
| 08/12 | Orig CO Name:Merchant Bankcd        Orig ID:C592126793 Desc Date:250811 CO Entry<br>Descr:Deposit  Sec:CCD   Trace#:091000017222918 Eed:250812  Ind ID:498407797881<br>Ind Name:Shaburina                                                                Ppi<br>Bankcard Dep Trn: 2247222918Tc | 1,188.34 |
| 08/13 | Payment Received       08/12 First Data Rapid Depos Redmond WA Card 8459 | 1,422.94 |
| 08/13 | Orig CO Name:Merchant Bankcd        Orig ID:C592126793 Desc Date:250812 CO Entry<br>Descr:Deposit  Sec:CCD   Trace#:091000018961307 Eed:250813  Ind ID:498407797881<br>Ind Name:Shaburina                                                                Ppi<br>Bankcard Dep Trn: 2258961307Tc | 675.23 |
| 08/14 | Payment Received       08/13 First Data Rapid Depos Redmond WA Card 8459 | 1,601.17 |
| 08/14 | Orig CO Name:Merchant Bankcd        Orig ID:C592126793 Desc Date:250813 CO Entry<br>Descr:Deposit  Sec:CCD   Trace#:091000016133737 Eed:250814  Ind ID:498407797881<br>Ind Name:Shaburina                                                                Ppi<br>Bankcard Dep Trn: 2266133737Tc | 435.32 |
| 08/15 | Deposit      3910141875 | 250.00 |
| 08/15 | Payment Received       08/14 First Data Rapid Depos Redmond WA Card 8459 | 1,212.00 |
| 08/15 | Payment Received       08/15 First Data Rapid Depos Redmond WA Card 8459 | 1,027.13 |
| 08/15 | Orig CO Name:Merchant Bankcd        Orig ID:C592126793 Desc Date:250814 CO Entry<br>Descr:Deposit  Sec:CCD   Trace#:091000016381665 Eed:250815  Ind ID:498407797881<br>Ind Name:Shaburina                                                                Ppi<br>Bankcard Dep Trn: 2276381665Tc | 541.62 |
| 08/18 | Payment Received       08/17 First Data Rapid Depos Redmond WA Card 8459 | 4,269.09 |
| 08/18 | Payment Received       08/16 First Data Rapid Depos Redmond WA Card 8459 | 2,777.86 |
| 08/18 | Orig CO Name:Merchant Bankcd        Orig ID:C592126793 Desc Date:250817 CO Entry<br>Descr:Deposit  Sec:CCD   Trace#:091000014436121 Eed:250818  Ind ID:498407797881<br>Ind Name:Shaburina                                                                Ppi<br>Bankcard Dep Trn: 2304436121Tc | 2,489.70 |
| 08/18 | Payment Received       08/15 First Data Rapid Depos Redmond WA Card 8459 | 2,421.81 |
| 08/18 | Orig CO Name:Merchant Bankcd        Orig ID:C592126793 Desc Date:250816 CO Entry<br>Descr:Deposit  Sec:CCD   Trace#:091000013514533 Eed:250818  Ind ID:498407797881<br>Ind Name:Shaburina                                                                Ppi<br>Bankcard Dep Trn: 2303514533Tc | 1,207.91 |
| 08/18 | Orig CO Name:Merchant Bankcd        Orig ID:C592126793 Desc Date:250815 CO Entry<br>Descr:Deposit  Sec:CCD   Trace#:091000013474657 Eed:250818  Ind ID:498407797881<br>Ind Name:Shaburina                                                                Ppi<br>Bankcard Dep Trn: 2303474657Tc | 378.44 |
| 08/19 | Orig CO Name:Merchant Bankcd        Orig ID:C592126793 Desc Date:250818 CO Entry<br>Descr:Deposit  Sec:CCD   Trace#:091000017229485 Eed:250819  Ind ID:498407797881<br>Ind Name:Shaburina                                                                Ppi<br>Bankcard Dep Trn: 2317229485Tc | 1,670.49 |
| 08/19 | Payment Received       08/18 First Data Rapid Depos Redmond WA Card 8459 | 800.64 |
| 08/20 | Payment Received       08/19 First Data Rapid Depos Redmond WA Card 8459 | 435.18 |
| 08/20 | Orig CO Name:Merchant Bankcd        Orig ID:C592126793 Desc Date:250819 CO Entry<br>Descr:Deposit  Sec:CCD   Trace#:091000019277522 Eed:250820  Ind ID:498407797881<br>Ind Name:Shaburina                                                                Ppi<br>Bankcard Dep Trn: 2329277522Tc | 328.45 |
| 08/21 | Payment Received       08/20 First Data Rapid Depos Redmond WA Card 8459 | 1,778.85 |
| 08/21 | Orig CO Name:Merchant Bankcd        Orig ID:C592126793 Desc Date:250820 CO Entry<br>Descr:Deposit  Sec:CCD   Trace#:091000016427408 Eed:250821  Ind ID:498407797881<br>Ind Name:Shaburina                                                                Ppi<br>Bankcard Dep Trn: 2336427408Tc | 131.47 |
| 08/21 | Orig CO Name:Google              Orig ID:F770493581 Desc Date:        CO Entry<br>Descr:Acctverifysec:PPD   Trace#:091000015891143 Eed:250821   Ind ID:<br>Ind Name:Hee Soo Kim Trn: 2335891143Tc | 0.17 |
| 08/22 | Payment Received       08/21 First Data Rapid Depos Redmond WA Card 8459 | 1,722.67 |
| 08/22 | Orig CO Name:Merchant Bankcd        Orig ID:C592126793 Desc Date:250821 CO Entry<br>Descr:Deposit  Sec:CCD   Trace#:091000016202221 Eed:250822  Ind ID:498407797881<br>Ind Name:Shaburina                                                                Ppi<br>Bankcard Dep Trn: 2346202221Tc | 540.72 |



Case 25-11655-CMA    Doc 84    Filed 10/30/25    Ent. 10/30/25 08:30:37    Pg. 12 of 21



# DEPOSITS AND ADDITIONS  *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/25 | Payment Received      08/24 First Data Rapid Depos Redmond WA Card 8459 | 4,492.18 |
| 08/25 | Payment Received      08/23 First Data Rapid Depos Redmond WA Card 8459 | 3,945.01 |
| 08/25 | Payment Received      08/22 First Data Rapid Depos Redmond WA Card 8459 | 2,773.81 |
| 08/25 | Orig CO Name:Merchant Bankcd      Orig ID:C592126793 Desc Date:250824 CO Entry<br>Descr:Deposit  Sec:CCD   Trace#:091000015988587 Eed:250825   Ind ID:498407797881<br>Ind Name:Shaburina                                                                  Ppi<br>Bankcard Dep Trn: 2375988587Tc | 1,207.87 |
| 08/25 | Orig CO Name:Merchant Bankcd      Orig ID:C592126793 Desc Date:250823 CO Entry<br>Descr:Deposit  Sec:CCD   Trace#:091000013800134 Eed:250825   Ind ID:498407797881<br>Ind Name:Shaburina                                                                  Ppi<br>Bankcard Dep Trn: 2373800134Tc | 842.60 |
| 08/25 | Orig CO Name:Merchant Bankcd      Orig ID:C592126793 Desc Date:250822 CO Entry<br>Descr:Deposit  Sec:CCD   Trace#:091000013803627 Eed:250825   Ind ID:498407797881<br>Ind Name:Shaburina                                                                  Ppi<br>Bankcard Dep Trn: 2373803627Tc | 521.53 |
| 08/26 | Payment Received      08/25 First Data Rapid Depos Redmond WA Card 8459 | 1,536.04 |
| 08/26 | Orig CO Name:Merchant Bankcd      Orig ID:C592126793 Desc Date:250825 CO Entry<br>Descr:Deposit  Sec:CCD   Trace#:091000015779905 Eed:250826   Ind ID:498407797881<br>Ind Name:Shaburina                                                                  Ppi<br>Bankcard Dep Trn: 2385779905Tc | 1,357.82 |
| 08/27 | Payment Received      08/26 First Data Rapid Depos Redmond WA Card 8459 | 1,147.42 |
| 08/27 | Orig CO Name:Merchant Bankcd      Orig ID:C592126793 Desc Date:250826 CO Entry<br>Descr:Deposit  Sec:CCD   Trace#:091000017921435 Eed:250827   Ind ID:498407797881<br>Ind Name:Shaburina                                                                  Ppi<br>Bankcard Dep Trn: 2397921435Tc | 466.78 |
| 08/28 | Payment Received      08/27 First Data Rapid Depos Redmond WA Card 8459 | 1,627.55 |
| 08/28 | Orig CO Name:Merchant Bankcd      Orig ID:C592126793 Desc Date:250827 CO Entry<br>Descr:Deposit  Sec:CCD   Trace#:091000014281423 Eed:250828   Ind ID:498407797881<br>Ind Name:Shaburina                                                                  Ppi<br>Bankcard Dep Trn: 2404281423Tc | 348.02 |
| 08/29 | Payment Received      08/28 First Data Rapid Depos Redmond WA Card 8459 | 1,962.08 |
| 08/29 | Orig CO Name:Merchant Bankcd      Orig ID:C592126793 Desc Date:250828 CO Entry<br>Descr:Deposit  Sec:CCD   Trace#:091000019603091 Eed:250829   Ind ID:498407797881<br>Ind Name:Shaburina                                                                  Ppi<br>Bankcard Dep Trn: 2419603091Tc | 490.04 |

**Total Deposits and Additions**                                                                                      **$84,589.19**

# CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 141  ^ | 08/16 | 08/18 | $906.70 |
| 142  ^ | 08/16 | 08/18 | 617.76 |
| 143  ^ |  | 08/25 | 381.89 |
| 144  ^ |  | 08/25 | 1,579.55 |
| 145  ^ | 08/25 | 08/25 | 865.18 |
| 147  * ^ |  | 08/25 | 636.29 |
| 149  * ^ |  | 08/26 | 623.92 |
| 5377  * ^ |  | 08/13 | 637.32 |
| 8645  * ^ |  | 08/13 | 968.72 |
| 8647  * ^ |  | 08/11 | 315.54 |
| 8655  * ^ | 08/11 | 08/11 | 137.32 |
| 8657  * ^ |  | 08/11 | 574.55 |


## CHECKS PAID  *(continued)*

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 8658 ^ | | 08/27 | 611.43 |

**Total Checks Paid**     **$8,856.17**

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.



## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 08/01 | Card Purchase | 07/31 Chefstore 7559 Bellevue WA Card 8517 | $177.39 |
| 08/04 | Recurring Card Purchase 08/01 Exploretock.Com Exploretock.C IL Card 8459 | | 218.99 |
| 08/06 | Card Purchase | 08/05 Hmart - Bellevue Bellevue WA Card 8459 | 138.52 |
| 08/06 | Card Purchase | 08/05 Chefstore 7559 Bellevue WA Card 8459 | 120.13 |
| 08/06 | Card Purchase | 08/06 Amazon Mktpl*4X3Bh6P Amzn.Com/Bill WA Card 8459 | 66.12 |
| 08/06 | Card Purchase | 08/06 Amazon Mktpl*Mc6Rl24 Amzn.Com/Bill WA Card 8459 | 420.10 |
| 08/07 | Card Purchase | 08/06 The Webstaurant Store 717-392-7472 PA Card 8459 | 455.04 |
| 08/07 | Card Purchase | 08/06 Chefstore 7559 Bellevue WA Card 8517 | 277.95 |
| 08/07 | Card Purchase | 08/07 Connecteam.Com 9173382283 NY Card 8459 | 262.52 |
| 08/07 | Card Purchase With Pin 08/07 Costco Gas #0662 Burlington WA Card 8517 | | 67.51 |
| 08/08 | Card Purchase | 08/07 Hmart - Bellevue Bellevue WA Card 8459 | 37.74 |
| 08/11 | Card Purchase | 08/09 IN *Bulk Pax 206-7797403 WA Card 8459 | 529.44 |
| 08/11 | Card Purchase | 08/09 Chefstore 7559 Bellevue WA Card 8459 | 249.55 |
| 08/11 | Card Purchase | 08/10 Amazon Mktpl*I048G4N Amzn.Com/Bill WA Card 8459 | 52.31 |
| 08/11 | Card Purchase | 08/10 Amazon Mktpl*Bg8Sh9V Amzn.Com/Bill WA Card 8459 | 52.31 |
| 08/11 | Recurring Card Purchase 08/10 Amazon Prime*6I4Qq0B Amzn.Com/Bill WA Card 8459 | | 153.32 |
| 08/11 | Card Purchase | 08/10 Amazon Prime*W494M7S Amzn.Com/Bill WA Card 8459 | 3.30 |
| 08/12 | Recurring Card Purchase 08/11 Openai *Chatgpt Subscr Openai.Com CA Card 8459 | | 66.18 |
| 08/12 | Card Purchase | 08/11 Seoil Agency CO 425-7789339 WA Card 8459 | 180.00 |
| 08/12 | Recurring Card Purchase 08/12 Google *Google One 855-836-3987 CA Card 8459 | | 11.02 |
| 08/18 | Card Purchase | 08/15 Midjourney Inc. Midjourney.CO CA Card 8459 | 33.09 |
| 08/18 | Card Purchase | 08/16 Tst*Nanas Green Tea 202 Bellevue WA Card 8459 | 17.50 |
| 08/18 | Card Purchase | 08/17 Tst*Gol Mok Market - Em Seattle WA Card 8459 | 410.19 |
| 08/19 | Card Purchase | 08/18 Crate And Barrel 847-239-6065 IL Card 8459 | 495.25 |
| 08/21 | Card Purchase With Pin 08/21 H-Mart US - 085 - Redm Redmond WA Card 8459 | | 318.43 |
| 08/22 | Recurring Card Purchase 08/22 Adobe *800-833-6687 800-833-6687 CA Card 8459 | | 518.35 |
| 08/25 | Card Purchase | 08/23 Docusign Inc. Wilmington De Card 8459 | 16.55 |
| 08/25 | Card Purchase | 08/25 Tst* Populus Seattle - Seattle WA Card 8459 | 131.04 |
| 08/25 | Recurring Card Purchase 08/24 Smallpdf Zurich Card 8459 | | 12.00 |
| 08/26 | Card Purchase | 08/25 H Mart - Bellevue Bellevue WA Card 8459 | 102.41 |
| 08/26 | Card Purchase | 08/25 Chefstore 7559 Bellevue WA Card 8459 | 399.62 |
| 08/26 | Card Purchase | 08/26 Amazon.Com*C49R280M3 Amzn.Com/Bill WA Card 8459 | 11.99 |
| 08/26 | Card Purchase | 08/26 Amazon Mktpl*G63Y55X Amzn.Com/Bill WA Card 8459 | 8.70 |
| 08/26 | Card Purchase | 08/26 Amz*Amazon Payments Amzn.Com/Bill WA Card 8459 | 33.88 |
| 08/27 | Card Purchase | 08/26 Olivenation 781-989-2033 MA Card 8459 | 67.93 |
| 08/27 | Card Purchase | 08/26 Chefstore 7559 Bellevue WA Card 8517 | 345.57 |

Case 25-11655-CMA   Doc 84   Filed 10/30/25   Ent. 10/30/25 08:30:37   Pg. 14 of 21


## ATM & DEBIT CARD WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 08/27 | Card Purchase　　08/27 Tst*Bon Redmond WA Card 8459 | 121.61 |
| 08/27 | Card Purchase　　08/27 Amz*Amazon Payments Amzn.Com/Bill WA Card 8459 | 33.88 |
| 08/27 | Recurring Card Purchase 08/27 Sqsp* Websit#1969553 Squarespace.C NY Card 8459 | 39.71 |
| **Total ATM & Debit Card Withdrawals** | | **$6,657.14** |

## ATM & DEBIT CARD SUMMARY

Hee S Kim　Card 8459

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $5,788.72 |
| Total Card Deposits & Credits | $59,304.63 |

Terence Em　Card 8517

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $868.42 |
| Total Card Deposits & Credits | $0.00 |

ATM & Debit Card Totals

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $6,657.14 |
| Total Card Deposits & Credits | $59,304.63 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 08/01 | Orig CO Name:Jfc Internationa　　Orig ID:5330903620 Desc Date:250730 CO Entry Descr:01099372 Sec:Web　Trace#:242071754701744 Eed:250801　Ind ID:323-721-6100 Ind Name:Shaburina / Di Antar Trn: 2134701744Tc | $603.66 |
| 08/01 | Orig CO Name:Davo Technologie　　Orig ID:5330903620 Desc Date:250731 CO Entry Descr:BB7A2262-6Sec:PPD　Trace#:091000014675888 Eed:250801　Ind ID: Ind Name:Shaburina Shaburina Trn: 2134675888Tc | 136.05 |
| 08/04 | Orig CO Name:Irs　　Orig ID:3387702000 Desc Date:080425 CO Entry Descr:Usataxpymtsec:CCD　Trace#:061036019425386 Eed:250804　Ind ID:274561605417598　　Ind Name:Di Antar Group LLC Trn: 2169425386Tc | 6,957.94 |
| 08/04 | Orig CO Name:Cintascorporatio　　Orig ID:1311188630 Desc Date:　　CO Entry Descr:67Eaa77A3Dsec:CCD　Trace#:242071759429050 Eed:250804　Ind ID:1001413212 Ind Name:Shaburina Trn: 2169429050Tc | 318.48 |
| 08/04 | Orig CO Name:Davo Technologie　　Orig ID:5330903620 Desc Date:250801 CO Entry Descr:51B249Ee-Dsec:PPD　Trace#:091000012591290 Eed:250804　Ind ID: Ind Name:Shaburina Shaburina Trn: 2162591290Tc | 155.00 |
| 08/04 | Orig CO Name:Davo Technologie　　Orig ID:5330903620 Desc Date:250801 CO Entry Descr:D8277Df8-1Sec:PPD　Trace#:242071752380368 Eed:250804　Ind ID: Ind Name:Shaburina Shaburina Trn: 2162380368Tc | 3.00 |
| 08/04 | Orig CO Name:Asia Discount Ce　　Orig ID:0383913206 Desc Date:　　0 CO Entry Descr:Payments Sec:Web　Trace#:031101116385156 Eed:250804　Ind ID:202584534312 Ind Name:LLC,Di　　202584534312 Trn: 2166385156Tc | 859.13 |
| 08/04 | Orig CO Name:Davo Technologie　　Orig ID:5330903620 Desc Date:250802 CO Entry Descr:7DC8Ce0F-Dsec:PPD　Trace#:091000010606859 Eed:250804　Ind ID: Ind Name:Shaburina Shaburina Trn: 2160606859Tc | 342.77 |
| 08/05 | Orig CO Name:S J Distributor　　Orig ID:1895266128 Desc Date:　　CO Entry Descr:Sj Dist Sec:CCD　Trace#:121137524951319 Eed:250805　Ind ID:115295　　Ind Name:Di Antar Group LLC　　0097478991\ Trn: 2174951319Tc | 748.70 |
| 08/05 | Orig CO Name:Davo Technologie　　Orig ID:5330903620 Desc Date:250803 CO Entry Descr:A1C43C19-6Sec:PPD　Trace#:091000011004639 Eed:250805　Ind ID: Ind Name:Shaburina Shaburina Trn: 2171004639Tc | 450.44 |


# ELECTRONIC WITHDRAWALS *(continued)*



| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/05 | Orig CO Name:Davo Technologie    Orig ID:5330903620 Desc Date:250804 CO Entry Descr:76D74Ad4-Bsec:PPD   Trace#:091000010769124 Eed:250805  Ind ID: Ind Name:Shaburina Shaburina Trn: 2170769124Tc | 392.99 |
| 08/05 | 08/05 Online Realtime Payroll Payment 11182759818 Payment ID Reference#: 8182759818Rx To 6011 | 0.38 |
| 08/05 | 08/05 Online Realtime Payroll Payment 11182754387 Payment ID Reference#: 8182754387Rx To 0824 | 0.28 |
| 08/06 | Orig CO Name:Davo Technologie    Orig ID:5330903620 Desc Date:250805 CO Entry Descr:Bfe86540-1Sec:PPD   Trace#:091000013042605 Eed:250806  Ind ID: Ind Name:Shaburina Shaburina Trn: 2183042605Tc | 104.40 |
| 08/06 | 08/06 Online Realtime Payroll Payment 11183029627 Payment ID Reference#: 8183029627Rx To 6011 | 2,603.00 |
| 08/07 | Orig CO Name:Davo Technologie    Orig ID:5330903620 Desc Date:250806 CO Entry Descr:7Ad8A43F-6Sec:PPD   Trace#:091000012198991 Eed:250807  Ind ID: Ind Name:Shaburina Shaburina Trn: 2192198991Tc | 108.43 |
| 08/08 | Orig CO Name:Jfc Internationa    Orig ID:5330903620 Desc Date:250807 CO Entry Descr:01106228 Sec:Web   Trace#:242071750840785 Eed:250808  Ind ID:323-721-6100 Ind Name:Shaburina / Di Antar Trn: 2200840785Tc | 1,499.55 |
| 08/08 | Orig CO Name:Pnp Billpayment    Orig ID:3333308324 Desc Date:250808 CO Entry Descr:080625Ek Sec:PPD   Trace#:071000280893425 Eed:250808  Ind ID: Ind Name:Hee Soo Kim Trn: 2200893425Tc | 1,422.20 |
| 08/08 | Orig CO Name:Davo Technologie    Orig ID:5330903620 Desc Date:250807 CO Entry Descr:02D5F353-8Sec:PPD   Trace#:091000010979850 Eed:250808  Ind ID: Ind Name:Shaburina Shaburina Trn: 2200979850Tc | 214.42 |
| 08/08 | Orig CO Name:Payrolltax    Orig ID:1790977000 Desc Date:080825 CO Entry Descr:Tax Debit Sec:CCD  Trace#:021000023957089 Eed:250808  Ind ID:831356707       Ind Name:Di Antar Group LLC Trn: 2203957089Tc | 23.12 |
| 08/11 | Orig CO Name:Asia Discount Ce    Orig ID:0383913206 Desc Date:   0 CO Entry Descr:Payments Sec:Web   Trace#:031101112453088 Eed:250811  Ind ID:202594235956 Ind Name:LLC,Di   202594235956 Trn: 2232453088Tc | 1,216.16 |
| 08/11 | Orig CO Name:Davo Technologie    Orig ID:5330903620 Desc Date:250808 CO Entry Descr:0B0A279C-2Sec:PPD   Trace#:091000012432753 Eed:250811  Ind ID: Ind Name:Shaburina Shaburina Trn: 2232432753Tc | 209.12 |
| 08/11 | 08/10 Online Realtime Vendor Payment 11183415423 Payment ID Reference#: 8183415423Rx To District 1 2187 | 4,000.00 |
| 08/11 | 08/10 Online Realtime Vendor Payment 11183437234 Payment ID Reference#: 8183437234Rx To District 1 2187 | 4,000.00 |
| 08/11 | Orig CO Name:Torder    Orig ID:1800948598 Desc Date:   CO Entry Descr:Torder Sec:Web  Trace#:091000018383902 Eed:250811  Ind ID:St-O3G9F2D9S5W1       Ind Name:Shaburina Trn: 2238383902Tc | 690.00 |
| 08/11 | Orig CO Name:Clover Fees    Orig ID:1841128086 Desc Date:250811 CO Entry Descr:Clover Feesec:CCD  Trace#:111000028499366 Eed:250811  Ind ID:1002689 Ind Name:Shaburina 00000000000000005740 Trn: 2238499366Tc | 445.77 |
| 08/11 | Orig CO Name:Davo Technologie    Orig ID:5330903620 Desc Date:250809 CO Entry Descr:90A8C445-0Sec:PPD   Trace#:091000018012214 Eed:250811  Ind ID: Ind Name:Shaburina Shaburina Trn: 2238012214Tc | 433.71 |
| 08/12 | Orig CO Name:S J Distributor    Orig ID:1895266128 Desc Date:   CO Entry Descr:Sj Dist Sec:CCD  Trace#:121137524416172 Eed:250812  Ind ID:115295       Ind Name:Di Antar Group LLC    0097507563\ Trn: 2244416172Tc | 729.10 |
| 08/12 | Orig CO Name:Davo Technologie    Orig ID:5330903620 Desc Date:250811 CO Entry Descr:0B8Ef35E-7Sec:PPD   Trace#:091000013022335 Eed:250812  Ind ID: Ind Name:Shaburina Shaburina Trn: 2243022335Tc | 450.55 |
| 08/13 | Orig CO Name:Davo Technologie    Orig ID:5330903620 Desc Date:250812 CO Entry Descr:Bf293157-Fsec:PPD   Trace#:091000018556284 Eed:250813  Ind ID: Ind Name:Shaburina Shaburina Trn: 2258556284Tc | 61.37 |
| 08/14 | Orig CO Name:Mothershipx Corp    Orig ID:9200502236 Desc Date:250814 CO Entry Descr:ACH Debit Sec:CCD  Trace#:021000025738561 Eed:250814  Ind ID:9027626557 Ind Name:Di Antar Group LLC Dba   Invoice# 34977 Trn: 2265738561Tc | 2,226.88 |

## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 08/14 | Orig CO Name:Davo Technologie    Orig ID:5330903620 Desc Date:250813 CO Entry Descr:0Cfbf4F3-Esec:PPD   Trace#:091000015845975 Eed:250814  Ind ID: Ind Name:Shaburina Shaburina Tm: 2265845975Tc | 177.85 |
| 08/15 | Orig CO Name:Jfc Internationa    Orig ID:5330903620 Desc Date:250814 CO Entry Descr:01112133 Sec:Web   Trace#:242071751903295 Eed:250815  Ind ID:323-721-6100 Ind Name:Shaburina / Di Antar Tm: 2271903295Tc | 1,303.06 |
| 08/15 | Orig CO Name:Jfc Internationa    Orig ID:5330903620 Desc Date:250814 CO Entry Descr:01112265 Sec:Web   Trace#:242071751903299 Eed:250815  Ind ID:323-721-6100 Ind Name:Shaburina / Di Antar Tm: 2271903299Tc | 200.00 |
| 08/15 | Orig CO Name:Davo Technologie    Orig ID:5330903620 Desc Date:250814 CO Entry Descr:Add0C7C0-9Sec:PPD  Trace#:091000012019051 Eed:250815  Ind ID: Ind Name:Shaburina Shaburina Tm: 2272019051Tc | 197.10 |
| 08/18 | Orig CO Name:Jfc Internationa    Orig ID:5330903620 Desc Date:250814 CO Entry Descr:01113107 Sec:Web   Trace#:242071753787379 Eed:250818  Ind ID:323-721-6100 Ind Name:Shaburina / Di Antar Tm: 2303787379Tc | 193.00 |
| 08/18 | 08/16 Online Realtime Payroll Payment 11184289214 Payment ID Reference#: 8184289214Rx To 7993 | 0.24 |
| 08/18 | 08/16 Online Realtime Payroll Payment 11184283196 Payment ID Reference#: 8184283196Rx To 0824 | 0.17 |
| 08/18 | 08/16 Online Realtime Payroll Payment 11184283212 Payment ID Reference#: 8184283212Rx To 0824 | 2,813.11 |
| 08/18 | Orig CO Name:Davo Technologie    Orig ID:5330903620 Desc Date:250815 CO Entry Descr:44Ae7Be6-9Sec:PPD  Trace#:091000013417135 Eed:250818  Ind ID: Ind Name:Shaburina Shaburina Tm: 2303417135Tc | 327.54 |
| 08/18 | Orig CO Name:Davo Technologie    Orig ID:5330903620 Desc Date:250815 CO Entry Descr:1C27277E-Asec:PPD  Trace#:091000013417189 Eed:250818  Ind ID: Ind Name:Shaburina Shaburina Tm: 2303417189Tc | 152.56 |
| 08/18 | Zelle Payment To Enyiya 25892503248 | 1,513.84 |
| 08/18 | 08/18 Same-Day ACH Payroll Payment 11184305020 To ########4109 | 1,041.86 |
| 08/18 | Orig CO Name:Davo Technologie    Orig ID:5330903620 Desc Date:250816 CO Entry Descr:03C89307-Esec:PPD  Trace#:091000014506793 Eed:250818  Ind ID: Ind Name:Shaburina Shaburina Tm: 2304506793Tc | 448.29 |
| 08/18 | 08/18 Online Realtime Payroll Payment 11184393443 Payment ID Reference#: 8184393443Rx To 3219 | 4,431.16 |
| 08/19 | Orig CO Name:S J Distributor    Orig ID:1895266128 Desc Date:    CO Entry Descr:Sj Dist Sec:CCD  Trace#:121137522200489 Eed:250819  Ind ID:115295    Ind Name:Di Antar Group LLC    0097536511\ Tm: 2312200489Tc | 878.05 |
| 08/19 | Orig CO Name:Davo Technologie    Orig ID:5330903620 Desc Date:250818 CO Entry Descr:Daf63Aba-5Sec:PPD  Trace#:091000012970039 Eed:250819  Ind ID: Ind Name:Shaburina Shaburina Tm: 2312970039Tc | 558.81 |
| 08/19 | Orig CO Name:Davo Technologie    Orig ID:5330903620 Desc Date:250817 CO Entry Descr:57Bd37A3-9Sec:PPD  Trace#:091000012975847 Eed:250819  Ind ID: Ind Name:Shaburina Shaburina Tm: 2312975847Tc | 498.60 |
| 08/20 | Orig CO Name:Davo Technologie    Orig ID:5330903620 Desc Date:250819 CO Entry Descr:C41A674B-7Sec:PPD  Trace#:091000018216037 Eed:250820  Ind ID: Ind Name:Shaburina Shaburina Tm: 2328216037Tc | 108.85 |
| 08/21 | Orig CO Name:Day Lee 8889    Orig ID:1952001941 Desc Date:    CO Entry Descr:Achcollectsec:CCD  Trace#:122226077783653 Eed:250821  Ind ID:188672 Shaburin Ind Name:188672 Shaburina Tm: 2337783653Tc | 980.40 |
| 08/21 | Orig CO Name:Davo Technologie    Orig ID:5330903620 Desc Date:250820 CO Entry Descr:66E74B3D-6Sec:PPD  Trace#:091000015901465 Eed:250821  Ind ID: Ind Name:Shaburina Shaburina Tm: 2335901465Tc | 55.34 |
| 08/21 | 08/21 Online Realtime Payroll Payment 11184774174 Payment ID Reference#: 8184774174Rx To 9552 | 611.43 |
| 08/22 | 08/22 Same-Day ACH Payroll Payment 11184970214 To #####7993 | 524.30 |
| 08/22 | Orig CO Name:Jfc Internationa    Orig ID:5330903620 Desc Date:250821 CO Entry Descr:01117888 Sec:Web   Trace#:242071752921127 Eed:250822  Ind ID:323-721-6100 Ind Name:Shaburina / Di Antar Tm: 2342921127Tc | 1,251.85 |

Case 25-11655-CMA   Doc 84   Filed 10/30/25   Ent. 10/30/25 08:30:37   Pg. 17 of 21

# ELECTRONIC WITHDRAWALS  *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 08/22 | Orig CO Name:Davo Technologie    Orig ID:5330903620 Desc Date:250821 CO Entry Descr:220Aeb76-6Sec:PPD   Trace#:091000013021012 Eed:250822   Ind ID: Ind Name:Shaburina Shaburina Trn: 2343021012Tc | 222.80 |
| 08/22 | 08/22 Online Realtime Payroll Payment  11185066450 Payment ID Reference#: 8185066450Rx  To  9552 | 483.73 |
| 08/22 | 08/22 Online Realtime Payroll Payment  11185086894 Payment ID Reference#: 8185086894Rx  To  7993 | 266.72 |
| 08/25 | Orig CO Name:Asia Discount Ce    Orig ID:0383913206 Desc Date:    0 CO Entry Descr:Payments Sec:Web   Trace#:031101112447497 Eed:250825   Ind ID:202195265019 Ind Name:LLC,Di   202195265019 Trn: 2372447497Tc | 1,016.45 |
| 08/25 | Orig CO Name:Davo Technologie    Orig ID:5330903620 Desc Date:250822 CO Entry Descr:7C287F34-Esec:PPD   Trace#:091000012436535 Eed:250825   Ind ID: Ind Name:Shaburina Shaburina Trn: 2372436535Tc | 215.88 |
| 08/25 | 08/23 Online Realtime Payroll Payment  11185093968 Payment ID Reference#: 8185093968Rx  To  9668 | 1,521.95 |
| 08/25 | 08/25 Same-Day ACH Payroll Payment  11185120438 To  ########8285 | 2,989.87 |
| 08/25 | 08/25 Online Realtime Payroll Payment  11185120459 Payment ID Reference#: 8185120459Rx  To  0540 | 1,138.69 |
| 08/25 | 08/25 Online Realtime Vendor Payment  11185120471 Payment ID Reference#: 8185120471Rx  To  District 1 2187 | 2,000.00 |
| 08/25 | Orig CO Name:Davo Technologie    Orig ID:5330903620 Desc Date:250823 CO Entry Descr:Ecc6B518-0Sec:PPD   Trace#:091000015967370 Eed:250825   Ind ID: Ind Name:Shaburina Shaburina Trn: 2375967370Tc | 348.41 |
| 08/26 | Orig CO Name:Davo Technologie    Orig ID:5330903620 Desc Date:250825 CO Entry Descr:A61C9Dd9-Esec:PPD   Trace#:091000012267503 Eed:250826   Ind ID: Ind Name:Shaburina Shaburina Trn: 2382267503Tc | 567.42 |
| 08/26 | Orig CO Name:Davo Technologie    Orig ID:5330903620 Desc Date:250824 CO Entry Descr:3C70C73E-0Sec:PPD   Trace#:091000012266549 Eed:250826   Ind ID: Ind Name:Shaburina Shaburina Trn: 2382266549Tc | 516.40 |
| 08/26 | Orig CO Name:S J Distributor    Orig ID:1895266128 Desc Date:        CO Entry Descr:Sj Dist Sec:CCD   Trace#:121137523836275 Eed:250826   Ind ID:115295          Ind Name:Di Antar Group LLC       0097565210\ Trn: 2383836275Tc | 485.55 |
| 08/26 | Orig CO Name:Verizon Wireless    Orig ID:6223344794 Desc Date:250826 CO Entry Descr:Payments Sec:CCD   Trace#:021000025530663 Eed:250826   Ind ID:094252804100001       Ind Name:000000009425280410000 1 Trn: 2385530663Tc | 736.50 |
| 08/26 | Orig CO Name:Google          Orig ID:F770493581 Desc Date:    CO Entry Descr:Adwords:41Sec:Web   Trace#:091000011394670 Eed:250826   Ind ID:US0047Zfs2 Ind Name:Hee Soo Kim 014427686 Debit Trn: 2381394670Tc | 88.62 |
| 08/27 | Orig CO Name:Cintascorporatio    Orig ID:1311188630 Desc Date:    CO Entry Descr:67Eaa77A3Dsec:CCD   Trace#:242071752837947 Eed:250827   Ind ID:1001416619 Ind Name:Shaburina Trn: 2392837947Tc | 318.48 |
| 08/27 | Orig CO Name:Davo Technologie    Orig ID:5330903620 Desc Date:250826 CO Entry Descr:6Ee579CD-Csec:PPD   Trace#:091000017422063 Eed:250827   Ind ID: Ind Name:Shaburina Shaburina Trn: 2397422063Tc | 179.76 |
| 08/28 | Orig CO Name:Day Lee  8889    Orig ID:1952001941 Desc Date:    CO Entry Descr:Achcollectsec:CCD   Trace#:122226075084167 Eed:250828   Ind ID:188672 Shaburin Ind Name:188672 Shaburina Trn: 2405084167Tc | 2,109.05 |
| 08/28 | Orig CO Name:Davo Technologie    Orig ID:5330903620 Desc Date:250827 CO Entry Descr:9BC316Fe-2Sec:PPD   Trace#:091000012148877 Eed:250828   Ind ID: Ind Name:Shaburina Shaburina Trn: 2402148877Tc | 131.65 |



Case 25-11655-CMA    Doc 84    Filed 10/30/25    Ent. 10/30/25 08:30:37    Pg. 18 of 21


## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 08/29 | Orig CO Name:Jfc Internationa    Orig ID:5330903620 Desc Date:250828 CO Entry Descr:01123720 Sec:Web  Trace#:242071753850542 Eed:250829  Ind ID:323-721-6100 Ind Name:Shaburina / Di Antar Trn: 2413850542Tc | 1,093.51 |
| 08/29 | Orig CO Name:Davo Technologie    Orig ID:5330903620 Desc Date:250828 CO Entry Descr:6D270B71-Dsec:PPD  Trace#:091000013922603 Eed:250829  Ind ID: Ind Name:Shaburina Shaburina Trn: 2413922603Tc | 200.59 |
| 08/29 | Orig CO Name:Google    Orig ID:F770493581 Desc Date:    CO Entry Descr:Adwords:41Sec:Web  Trace#:091000016331182 Eed:250829  Ind ID:US0047W8Ld Ind Name:Hee Soo Kim 014432477 Debit Trn: 2416331182Tc | 45.67 |
| **Total Electronic Withdrawals** | | **$66,352.27** |

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 08/15 | 08/15 Withdrawal | $1,376.25 |
| **Total Other Withdrawals** | | **$1,376.25** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 08/29 | Monthly Service Fee | $15.00 |
| **Total Fees** | | **$15.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|------|--------|
| 08/01 | $597.30 | 08/12 | 54.11 | 08/21 | 1,348.86 |
| 08/04 | 14.56 | 08/13 | 484.87 | 08/22 | 344.50 |
| 08/05 | 3,600.95 | 08/14 | 116.63 | 08/25 | 1,273.75 |
| 08/06 | 1,268.09 | 08/15 | 70.97 | 08/26 | 592.60 |
| 08/07 | 2,087.49 | 08/18 | 708.77 | 08/27 | 488.43 |
| 08/08 | 1,095.46 | 08/19 | 749.19 | 08/28 | 223.30 |
| 08/11 | 302.62 | 08/20 | 1,403.97 | 08/29 | 1,320.65 |

Case 25-11655-CMA   Doc 84   Filed 10/30/25   Ent. 10/30/25 08:30:37   Pg. 19 of 21



## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**


This Page Intentionally Left Blank