FILED
Western District of Washington
at Seattle

NOV - 4 2025

GINA ZADRA WALTON, CLERK
OF THE BANKRUPTCY COURT

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **ADMINISTRATIVE EXPENSE CLAIM FOR POST PETITION TAXES DUE TO WASHINGTON STATE DEPARTMENT OF REVENUE AND REQUEST FOR PAYMENT** | Case No. 25-11655<br><br>Debtor: Di Antar Group LLC<br><br>Chapter 11<br><br>Petition Date: 06/16/2025 |

Pursuant to 11 USC §503(b)(1)(D), a governmental unit shall not be required to file a request for payment of an expense described in 11 USC §503(b)(1)(B) or (C), as a condition of its being allowed an administrative expense.

## Part 1: The Creditor

**1.1 Name of Creditor:** Washington State Department of Revenue

**1.2 Name and address where notices should be sent:**
Washington State Department of Revenue

2101 4th Ave Suite 1400
Seattle, WA 98121

**Telephone Number:** (206)727-5395      **Email:** ericp@dor.wa.gov

**1.3 Name and address where payments should be sent (if different from above):**

**Telephone Number:**      **Email:**

## Part 2: The Claim

**2.1 Taxpayer ID (last four digits):** 6707      Uniform claim identifier for Chapter 13 (if used):

**2.2 Amount of Claim:** $1,225.79

**2.3 Basis for Claim:** 11 U.S.C. §507(a)(2) Administrative Expense Claim for post-petition taxes, interest, and penalties of the kind described in 11 U.S.C. §503(b)(1)(B),(C).

**Type of Taxes:**
  X  Sales RCW 82.08.020      _  B&O RCW 82.04.220

☐ Use RCW 82.12.020     ☐ Other RCW 82.___.___

| Tax Type | Period | Tax | Penalty | Interest | Total |
|---|---|---|---|---|---|
| Sales Tax | July 2025 | 1225.79 | 0 | 0 | 1225.79 |

**2.4 Credits**: The amount of all payments on this claim has been credited for the purpose of making this administrative expense claim.

**2.5 Interest and penalties continue to accrue.** The amount due includes interest and penalty computed to October 30, 2025. Interest will continue to accrue at the rate established under RCW 82.32.050(2). If the claim is paid after October 30, 2025 contact WA Department of Revenue at (206)727-5395 for the current balance.

### Part 3: Signature

**Check the appropriate box:**
__ I am the creditor.
**X** I am the creditor's attorney or authorized agent.
__ I am the trustee, or the debtor, or their authorized agent.
__ I am a guarantor, surety, endorser, or other codebtor.
+
I have examined the information in this Administrative Expense Claim, have a reasonable belief that the information is true and correct, and request allowance and payment of the post petition taxes, interest, and penalties set forth herein.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Signature

**Date:**
_10/30/2025_____
MM/DD/YYYY

**Print Name**: Eric Pfieffer          **Title**: Revenue Agent

**Agency**: Washington State Department of Revenue     **Address**: 2101 4th Ave Suite 1400
Number Street
Seattle, WA 98121
City, State, ZIP Code

**Contact Phone**: (206)727-5395          **Email**: ericp@dor.wa.gov

# Request for Payment of
# State of Washington Department of Revenue Taxes

(Bankruptcy Administrative Expenses and Request for Payment pursuant to 11 U.S.C. 503 (b))

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Case Number | 25-11655 |
| Type of Bankruptcy Case | Chapter 11 |
| Date of Petition | 06/16/2025 |

Re: WA Department of Revenue vs.
Di Antar Group LLC

Taxpayer Identification # 6707

THIS SPACE IS FOR
COURT USE ONLY

1. The undersigned, whose business address is shown below, is the agent of the State of Washington Department of Revenue and is authorized to make this request for payment on behalf of the State of Washington, Department of Revenue.

2. Request is made for payment of taxes and any interest or penalty due under the laws of the State of Washington as shown below.

3. The ground of liability is taxes due under the laws of the State of Washington.

| Tax Type | Period | Tax | Penalty | Interest | Total |
|---|---|---|---|---|---|
| Sales Tax | July 2025 | 1225.79 | 0 | 0 | 1225.79 |

The amount due includes interest and penalty computed to October 30, 2025. Interest will accrue at the rate established under Washington Statute RCW 82.32.050 and .060, and late payment penalty will be charged as provided by law. If the claim is not paid within 20 days of its filing, contact the Washington Department of Revenue at the phone number below for the current balance.

STATE OF WASHINGTON
DEPARTMENT OF REVENUE

2101 4th Ave., Suite 1400 ♦ Seattle, WA 98121-2300 ♦ Phone: 206/727-5395 ♦ Fax: 206/727-5319