Entered on Docket November 18, 2025

**Below is the Order of the Court.**



_____
**Christopher M. Alston**
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Case No.: 25-11655 |
| DI ANTAR GROUP, LLC | ORDER CONFIRMING PLAN |
| Debtor(s). | |

The Plan under Chapter 11 of the Bankruptcy Code filed by Di Antar Group, LLC on September 15, 2025, having been transmitted to creditors and equity security holders and having come before the Court for confirmation and the Court having reviewed all evidence submitted in support of confirmation, the oral argument at the confirmation hearing on October 30, 2025 and the records and files in this case and having been determined that the requirements for confirmation set forth in 11 U.S.C. §1191(b) have been satisfied,

**IT IS ORDERED** that:

1. The Plan filed by the Debtor, Di Antar Group, LLC on September 15, 2025 [ECF No. 63] is confirmed under 11 U.S.C. § 1191(b).

Order Re Confirmation

Neeleman Law Group
1403 8th Street
Marysville, WA 98270
Telephone: (425) 212-4800
Facsimile: (425) 212-4802

//END OF ORDER//

Presented by:

NEELEMAN LAW GROUP, P.C.

*/s/ Jennifer L. Neeleman*
Jennifer L. Neeleman, WSBA #37374
Neeleman Law Group, P.C.
1403 8th Street
Marysville, WA 98270
Telephone (425) 212-4800
Email: jennifer@neelemanlaw.com

Order Re Confirmation

Neeleman Law Group
1403 8th Street
Marysville, WA 98270
Telephone: (425) 212-4800
Facsimile: (425) 212-4802

Case 25-11655-CMA    Doc 90    Filed 11/18/25    Ent. 11/18/25 12:37:31    Pg. 2 of 2