Form ntcconf (01/2014)

# UNITED STATES BANKRUPTCY COURT

Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

---

In Re:
    Di Antar Group LLC

    Debtor(s).

Case Number: 25−11655−CMA
Chapter: 11

---

## NOTICE OF ORDER CONFIRMING PLAN

TO: DEBTOR, ALL CREDITORS AND OTHER PARTIES IN INTEREST

YOU ARE NOTIFIED that an Order Confirming the Plan was signed on **November 18, 2025** by U.S. Bankruptcy Court Judge **Christopher M Alston**.

Dated: November 18, 2025

                                      Gina Zadra Walton
                                      Clerk, U.S. Bankruptcy Court