United States Bankruptcy Court

Western District of Washington

In re:     Case No. 25-11655-CMA

Di Antar Group LLC     Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0981-2     User: admin     Page 1 of 3
Date Rcvd: Nov 18, 2025     Form ID: ntcconf     Total Noticed: 32

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Di Antar Group LLC, 2720 152nd Ave., NE, No. 130, Redmond, WA 98052-5885 |
| 957462687 | + | Atipana Financial, dba FUNDR, 27 West 20th Street, New York, NY 10011-3707 |
| 957463092 | + | Attorney General for WA State, Bankruptcy & Collection Unit, 800 Fifth Ave, 20th Floor, Seattle, WA 98104-3188 |
| 957462688 | + | Avalon Overlake, LLC, Avalon Bay Community, Inc., attn: Retail Department, 671 No. Glede Road, Arlington, VA 22203-2120 |
| 957462691 | + | Clover Capital, 1563 Sherman Ave., Suite 200, Evanston, IL 60201-4421 |
| 957462692 | + | Cyclo Corporation, c/o Nib Cousins - President, 13934 SE 92nd Street, Renton, WA 98059-3471 |
| 957462693 | + | EC Wilson Meats, 1921 Vine Road, Lynnwood, WA 98036-8156 |
| 957462694 | + | GESA Credit Union, P.O. Box 35058, Seattle, WA 98124-3456 |
| 957462696 | | Hee Soo Kim (Em), 13217 NE 127th Way Unit E, Kirkland WA 98034-7731 |
| 957481562 | + | J. Todd Tracy, 1601 5th Ave. Ste 610, Seattle, WA 98101-1681 |
| 957466079 | + | MCA Debt Advisors, LLC, 1001 State Street, Suite 1400, Erie PA 16501-1834 |
| 957462700 | + | SK Produce, P.O. Box 94238, Seattle, WA 98124-6538 |
| 957462699 | + | Sea Bend Meats, 924 N. 165th Street, Seattle, WA 98133-5304 |
| 957462701 | | Tran Law Group, PS, 207 Sunset Blvd N., Suite B, Seattle, WA 98104 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 18 2025 23:21:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| smg | | Email/Text: bcureader@atg.wa.gov | Nov 18 2025 23:21:00 | Attorney General's Office, Bankruptcy & Collections Unit, 800 5th Ave Ste 2000, Seattle, WA 98104 |
| smg | + | Email/Text: LAROBankruptcy@SEC.gov | Nov 18 2025 23:21:00 | Securities and Exchange Commission, Bankruptcy Counsel, 444 South Flower St, Ste 900, Los Angeles, WA 90071-2934 |
| cr | + | Email/Text: consumerbankruptcy@gesa.com | Nov 18 2025 23:21:00 | Gesa Credit Union, P.O. Box 500, Richland, WA 99352, UNITED STATES 99352-0500 |
| 957462705 | | Email/PDF: bncnotices@becket-lee.com | Nov 18 2025 23:36:34 | AMEX, P.O. Box 96001, Los Angeles, CA 90096-8000 |
| 957476441 | | Email/PDF: bncnotices@becket-lee.com | Nov 18 2025 23:36:57 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 957462706 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 18 2025 23:36:33 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 957462707 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 18 2025 23:36:44 | Chase Ink Visa, P.O. Box 6294, Carol Stream, IL 60197-6294 |
| 957483212 | + | Email/Text: consumerbankruptcy@gesa.com | Nov 18 2025 23:21:00 | Gesa Credit Union, P.O. Box 500, Richland, WA 99352-0500 |
| 957462695 | + | Email/Text: consumerbankruptcy@gesa.com | Nov 18 2025 23:21:00 | Gesa Credit Union, 825 Goethals Drive, Ste., 1-A, Richland, WA 99352-3544 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 957476262 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Nov 18 2025 23:21:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 957462708 | | Email/Text: psevendorcollections@pse.com | Nov 18 2025 23:21:00 | PSE, P.O. Box 91269, Bellevue, WA 98009 |
| 957482552 | | Email/Text: psevendorcollections@pse.com | Nov 18 2025 23:21:00 | Puget Sound Energy, Vendor Collections BOT-02O, P.O. Box 97034, Bellevue, WA 98009-7034 |
| 957463093 | + | Email/Text: christine.leininger@usdoj.gov | Nov 18 2025 23:21:00 | United States Attorneys Office, Attn: Bankruptcy Assistant, 700 Stewart Street, Room 5220, Seattle, WA 98101-4438 |
| 957462702 | + | Email/Text: DORBankruptcyNOTICES@dor.wa.gov | Nov 18 2025 23:21:00 | WA Department of Revenue, 2101 4th Ave, Ste 1400, Seattle, WA 98121-2300 |
| 957462704 | | Email/Text: BPCUnit@esd.wa.gov | Nov 18 2025 23:22:00 | WA Employment Security Dept, P.O. Box 9046, Olympia, WA 98507-9046 |
| 957462703 | | Email/Text: ecffilings@lni.wa.gov | Nov 18 2025 23:22:00 | WA Dept of L & I, Bankruptcy Unit, P.O. Box 44171, Olympia, WA 98504 |
| 957519488 | | Email/Text: ecffilings@lni.wa.gov | Nov 18 2025 23:22:00 | WA ST Dept of Labor and Industries, Bankruptcy Unit, PO Box 44171, Olympia, WA 98504 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Neeleman Law Group PC |
| 957462686 | | American Express Platinum |
| 957462689 | | Capital One |
| 957462690 | | Chase Ink Visa |
| 957462698 | | PSE |
| 957462697 | * | IRS, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 5 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 20, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Dina Yunker Frank | on behalf of Creditor State of Washington Department of Revenue BCUYunker@atg.wa.gov |
| J Todd Tracy | |

    on behalf of Creditor Cyclo Corporation todd@thetracylawgroup.com  ecf@thetracylawgroup.com

Jennifer L Neeleman
    on behalf of Debtor Di Antar Group LLC jennifer@neelemanlaw.com
    courtmail@neelemanlaw.com;neelemanjr50714@notify.bestcase.com

Kathryn Evans
    on behalf of US Trustee United States Trustee Kathryn.Evans@usdoj.gov
    young-mi.petteys@usdoj.gov,Yash.J.Chohan@usdoj.gov,cori.gustafson@usdoj.gov

Michael S DeLeo
    msdeleo-trustee@prklaw.com  vcoleman@prklaw.com;cmd11@trustesolutions.net

Pierce J Jordan
    on behalf of Creditor Gesa Credit Union pierce.jordan@gesa.com

Thomas D Neeleman
    on behalf of Debtor Di Antar Group LLC courtmail@neelemanlaw.com  neelemanjr50714@notify.bestcase.com

United States Trustee
    USTPRegion18.SE.ECF@usdoj.gov

TOTAL: 8

Form ntcconf (01/2014)

# UNITED STATES BANKRUPTCY COURT

Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

---

In Re:

Di Antar Group LLC

Debtor(s).

Case Number: 25−11655−CMA
Chapter: 11

---

### NOTICE OF ORDER CONFIRMING PLAN

TO: DEBTOR, ALL CREDITORS AND OTHER PARTIES IN INTEREST

YOU ARE NOTIFIED that an Order Confirming the Plan was signed on **November 18, 2025** by U.S. Bankruptcy Court Judge **Christopher M Alston**.

Dated: November 18, 2025

                                            Gina Zadra Walton
                                            Clerk, U.S. Bankruptcy Court