The Honorable Christopher M. Alston
Chapter 11, Sub V
Hearing Date: January 8, 2026
Hearing Time: 9:30 a.m.
Hearing Location: Courtroom 7206
Response Date: December 31, 2025

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>DI ANTAR GROUP LLC<br><br>Debtor. | NO. 25-11655-CMA<br><br>FEE APPLICATION OF SUBCHAPTER V TRUSTEE FOR APPROVAL AND PAYMENT OF COMPENSATION |

Michael DeLeo, Subchapter V Trustee ("Applicant") submits this application for compensation for his services rendered as Subchapter V Trustee in the above-referenced Chapter 11 proceeding, pursuant to 11 U.S.C. §§ 330 and 331. The Applicant seeks approval of compensation in the amount of $3,556.50 for Subchapter V Trustee fees through October 31, 2025. The Applicant further seeks an order authorizing payment of the approved $3,556.50 in fees paid by the Debtor pursuant to the approved Plan [Dkt No. 63 and 90].

Support for this Application is found in the Declaration of Michael DeLeo submitted concurrently with the Application and pursuant to Local Bankruptcy Rule 2016-1(a) and the itemized billing statement attached to the Declaration.

DATED this December 18, 2025.

/s/ Michael S. DeLeo
Michael S. DeLeo
WSBA No. 22037
Subchapter V Trustee

FEE APPLICATION OF SUBCHAPTER V TRUSTEE FOR APPROVAL AND PAYMENT OF COMPENSATION - 1

**PETERSON RUSSELL KELLY LIVENGOOD PLLC**
**1850 Skyline Tower – 10900 NE Fourth Street**
**Bellevue, Washington 98004-8341**
TELEPHONE (425) 462-4700 FAX (425) 451-0714

Case 25-11655-CMA    Doc 94    Filed 12/18/25    Ent. 12/18/25 16:21:29    Pg. 1 of 1