UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| In re | NO. 25-11655-CMA |
|---|---|
| DI ANTAR GROUP LLC<br><br>Debtor. | ORDER APPROVING FEE APPLICATION OF SUBCHAPTER V TRUSTEE AND FOR PAYMENT OF COMPENSATION |

THIS MATTER came on before the Court upon the Trustee's Application for Compensation. The Court having reviewed the Application and the Declaration of Michael S. DeLeo, Chapter 11 SBRA Trustee in the above-captioned case, and being fully advised in the premises,

NOW THEREFORE, it is hereby ORDERED

That Michael S. DeLeo is allowed approval of Sub V Trustee's fees in the amount of $3,556.50, to be paid as allowed from the bankruptcy estate, pursuant to the confirmed Plan.

//END OF ORDER//

Presented By:

*/s/ Michael S. DeLeo*
Michael S. DeLeo
WSBA No. 22037
Subchapter V Trustee

ORDER APPROVING APPLICATION OF TRUSTEE FOR PAYMENT OF COMPENSATION-1

**PETERSON RUSSELL KELLY LIVENGOOD PLLC**
1850 Skyline Tower – 10900 NE Fourth Street
Bellevue, Washington 98004-8341
TELEPHONE (425) 462-4700  FAX (425) 451-0714

Case 25-11655-CMA    Doc 94-1    Filed 12/18/25    Ent. 12/18/25 16:21:29    Pg. 1 of 1