The Honorable Christopher M. Alston
Chapter 11, Sub V
Hearing Date: January 8, 2026
Hearing Time: 9:30 a.m.
Hearing Location: Courtroom 7206
Response Date: December 31, 2025

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re

DI ANTAR GROUP LLC

Debtor.

NO. 25-11655-CMA

DECLARATION OF MICHAEL DELEO IN SUPPORT OF FEE APPLICATION OF SUBCHAPTER V TRUSTEE FOR APPROVAL AND PAYMENT OF COMPENSATION

Michael DeLeo certifies under penalty of perjury under the laws of the State of Washington and of the United States of America that the following is true and correct:

1. I am submitting this declaration pursuant to Local Rule 2016-1(a) in support of my application for compensation for my services rendered as Subchapter V Trustee in the above captioned case. In my Application, I am requesting approval and payment of compensation of $3,556.50 for Trustee fees through October 31, 2025. This is my first fee application.

2. I have reviewed the Subchapter V Trustee's application for compensation and this declaration. I believe the application and declaration to be true and correct.

3. <u>Bankruptcy filing and date of appointment of trustee</u>. The Debtor filed its Chapter 11 petition on June 16, 2025, under Subchapter V of the U.S. Bankruptcy Code. Shortly thereafter, I was appointed Chapter 11 SBRA Trustee on June 18, 2025 [Dkt No. 5]. I am duly qualified as Trustee and have been acting as such.

4. <u>Previous compensation</u>. This is my first fee application. I have not applied for previous compensation, nor have I received any compensation for my services in this case. I

DECLARATION OF MICHAEL DELEO IN SUPPORT OF FEE APPLICATION OF SUBCHAPTER V TRUSTEE FOR APPROVAL AND PAYMENT OF COMPENSATION - 1

**Peterson Russell Kelly Livengood pllc**
1850 Skyline Tower – 10900 NE Fourth Street
Bellevue, Washington 98004-8341
telephone (425) 462-4700 fax (425) 451-0714

Case 25-11655-CMA    Doc 95    Filed 12/18/25    Ent. 12/18/25 16:23:30    Pg. 1 of 5

have not received a retainer with regard to this case. I am requesting compensation in the amount of $3,556.50 for the fees incurred on this matter during this period. I am asking this Court to enter an Order approving the fees requested in full and authorizing payment of the approved fees.

5. <u>Source of payment</u>. My fees total $3,556.50 through October 31, 2025. Payment of these fees, following approval, would be paid from the bankruptcy estate assets in accordance with the priority scheme under the Bankruptcy Code and pursuant to the approved Plan.

6. <u>Services rendered</u>. I performed the usual and customary duties of a SBRA Chapter 11 Trustee pursuant to 11 U.S.C. § 1183(b). Hence, the services I provided, generally, include participating in certain Court hearings, reviewing all pleadings, keeping in regular contact and actively involved with Debtor's counsel, participating creditors, and the US Trustee's office, participate in Plan formation, and conflict resolution with creditors, as needed.

7. <u>General information</u>. Applicant has 7.8 billed hours working as the Subchapter V Trustee for the Debtor since my appointment on June 18, 2025 [Dkt No. 5] through October 31, 2025. Additionally, 1.7 hours of paralegal time have been included in the total billed hours. The detailed time entries for billed work are set forth in **Exhibit A**, attached and are summarized as follows:

| Attorneys | Hourly Rate | Billed Hours | Fees |
|---|---|---|---|
| Michael DeLeo | $420.00 | 7.8 | $3,276.00 |

| Paralegal | Hourly Rate | Billed Hours | Fees |
|---|---|---|---|
| Ivania Ordonez | $165.00 | 1.7 | $280.50 |

The hourly rate set forth above and the total fee requested is fair, reasonable, and consistent with the fees charged for similar work for a professional with my experience.

8. <u>Unique information</u>. The detailed timed entries accurately reflect my work as Trustee. The work that I provided helped advance this matter towards Plan confirmation. This case was not significantly unique. Rather, it was a relatively small revenue case. Thus, I kept my involvement to a minimum to help the debtor obtain a confirmed Plan without incurring

DECLARATION OF MICHAEL DELEO IN SUPPORT OF FEE APPLICATION OF SUBCHAPTER V TRUSTEE FOR APPROVAL AND PAYMENT OF COMPENSATION - 2

**P**ETERSON **R**USSELL **K**ELLY **L**IVENGOOD PLLC
1850 Skyline Tower – 10900 NE Fourth Street
Bellevue, Washington 98004-8341
TELEPHONE (425) 462-4700 FAX (425) 451-0714

Case 25-11655-CMA    Doc 95    Filed 12/18/25    Ent. 12/18/25 16:23:30    Pg. 2 of 5

unnecessary administrative fees.

9. <u>Itemized time statement</u>. My regular billing rate for this case has been $420.00 per hour. An itemized billing statement is attached as Exhibit A. I am not requesting any reimbursement for expenses. Additionally, my time is self-edited. What I mean by this is that there is time working on this file which I have not entered to ease the administrative burden on the Debtor. My compensation request also includes 1.7 hours of paralegal Ivania Ordonez's time at $165 per hour for her work including providing support for all of the above activities of the Trustee.

10. <u>Case status</u>. The Order Confirming Chapter 11 Plan was entered on October 31, 2025. The plan was confirmed as a non-consensual plan.

11. <u>Conclusion</u>. Based on the foregoing, Applicant requests that the Court approve his fees in the amount of $3,556.50. Applicant further requests an Order be entered providing for the payment of my approved fees.

SIGNED this December 18, 2025 at Bellevue, Washington.

<u>/s/ Michael S. DeLeo</u>
Michael S. DeLeo
WSBA No. 22037

DECLARATION OF MICHAEL DELEO IN SUPPORT OF FEE APPLICATION OF SUBCHAPTER V TRUSTEE FOR APPROVAL AND PAYMENT OF COMPENSATION - 3

**PETERSON RUSSELL KELLY LIVENGOOD PLLC**
1850 Skyline Tower – 10900 NE Fourth Street
Bellevue, Washington 98004-8341
TELEPHONE (425) 462-4700  FAX (425) 451-0714

Case 25-11655-CMA    Doc 95    Filed 12/18/25    Ent. 12/18/25 16:23:30    Pg. 3 of 5

# EXHIBIT A

M DeLeo - Bankruptcy Trustee
Di Antar Group, LLC

| Date | Name | Rate | Hours | Amount | Narrative |
|---|---|---|---|---|---|
| 06/18/2025 | DeLeo, Mike S. | 420.00 | 0.40 | $168.00 | Continue analyzing bankruptcy filing, including amendment schedule F [.3] and email with US trustee office [.1]. |
| 06/23/2025 | DeLeo, Mike S. | 420.00 | 0.40 | $168.00 | Initial review additional documents provided by Debtor's counsel. |
| 06/23/2025 | Ordonez, Ivania C. | 165.00 | 0.70 | $115.50 | Update Trustee calendar with all upcoming motions, deadlines and applicable reminders for case. Create contact list for attorney review. Prepare telephonic hearing request to be filed in Western District of Washington Bankruptcy Court. File Request for judge's consideration. |
| 06/25/2025 | DeLeo, Mike S. | 420.00 | 1.10 | $462.00 | Analyze all documents filed or provided by the debtor and debtor's tax return in preparation for IDI [.6]. Participate in IDI [.5]. |
| 06/26/2025 | DeLeo, Mike S. | 420.00 | 0.70 | $294.00 | Further review of debtor's motion and related documents in preparation for today's hearings; participate in today's hearings [standby time not charged]. |
| 07/10/2025 | DeLeo, Mike S. | 420.00 | 0.60 | $252.00 | Review IDI notes, case docket, schedules and SoFA, amended schedules, debtor's declaration and budget, in preparation for 341 meeting [.3]. Attend 341 meeting [.3]. |
| 07/10/2025 | Ordonez, Ivania C. | 165.00 | 0.50 | $82.50 | Review docket and prepare documents for trustee DeLeo to prepare for upcoming hearings. |
| 07/21/2025 | DeLeo, Mike S. | 420.00 | 0.40 | $168.00 | Analyze case documents and follow up with staff regarding preparation of binder for confirmation hearing, including identifying documents to include, and review certain documents. |
| 07/21/2025 | Ordonez, Ivania C. | 165.00 | 0.50 | $82.50 | Prepare binder for Trustee preparation for confirmation hearing, enclosing critical filed documents. |
| 08/14/2025 | DeLeo, Mike S. | 420.00 | 0.50 | $210.00 | Analyze file in preparation for status conference and participate in status conference [discounted]. |
| 08/14/2025 | DeLeo, Mike S. | 420.00 | 0.50 | $210.00 | Analyze file in preparation for status conference and participate in status conference [discounted]. |
| 10/27/2025 | DeLeo, Mike S. | 420.00 | 0.40 | $168.00 | Analyze case docket and certain documents in anticipation of confirmation hearing [.4]; email with counsel for debtor [n/c]. |
| 10/28/2025 | DeLeo, Mike S. | 420.00 | 0.60 | $252.00 | Further review of Plan, schedules, and GESA objection to plan [.3]; telephone call with debtor's counsel [.1]. Email and telephone call with counsel for GESA [.2]. |
| 10/29/2025 | DeLeo, Mike S. | 420.00 | 0.20 | $84.00 | Review court's response to Gesa attorney's request for telephone appearance; email counsel for Gesa regarding confirmation hearing. |
| 10/30/2025 | DeLeo, Mike S. | 420.00 | 1.00 | $420.00 | Continue analyzing case file, plan, pre-confirmation report and attend confirmation hearing. |
| 10/30/2025 | DeLeo, Mike S. | 420.00 | 1.00 | $420.00 | Continue analyzing case file, plan, pre-confirmation report and attend confirmation hearing. |
| | | | 9.50 | $3,556.50 | |
| | | Summary by timekeeper | | | |
| | Ordonez, Ivania C. | 165.00 | 1.70 | $280.50 | |
| | DeLeo, Mike S. | 420.00 | 7.80 | $3,276.00 | |