The Honorable Christopher M. Alston
Chapter 11, Sub V
Hearing Date: January 8, 2026
Hearing Time: 9:30 a.m.
Hearing Location: Courtroom 7206
Response Date: December 31, 2025

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re:

DI ANTAR GROUP LLC

          Debtor.

Case No.: 25-11655-CMA

NOTICE OF MOTION AND HEARING ON FEE APPLICATION OF SUBCHAPTER V TRUSTEE FOR APPROVAL AND PAYMENT OF COMPENSATION

PLEASE TAKE NOTICE that Michael DeLeo's Fee Application of Subchapter V Trustee for Approval and Payment of Compensation—

IS SET FOR HEARING AS FOLLOWS:

    JUDGE:      Christopher M. Alston
    PLACE:     U.S. Courthouse
                     700 Stewart Street
                     Seattle, WA 98101
                     Courtroom 7206
    DATE:       January 8, 2026
    TIME:       9:30 a.m.

If you oppose this Motion, you must file and serve your written response NOT LATER THAN THE RESPONSE DATE, which is December 31, 2025. If no response is timely filed and served, the Court may, in its discretion, grant the motion prior to the hearing, without further notice, and strike the hearing.

NOTICE OF HEARING - 1
CASE NO.: 25-11655-CMA

PETERSON RUSSELL KELLY LIVENGOOD PLLC
1850 Skyline Tower – 10900 NE Fourth Street
Bellevue, Washington 98004-8341
TELEPHONE (425) 462-4700 FAX (425) 451-0714

Case 25-11655-CMA    Doc 96   Filed 12/18/25   Ent. 12/18/25 16:24:55   Pg. 1 of 2

| | |
|---|---|
| 1     DATED: December 18, 2025. | PETERSON RUSSELL KELLY LIVENGOOD PLLC |
| | |
| | By: <u>*/s/ Michael S. DeLeo*</u><br>Michael S. DeLeo, WSBA # 22037<br>Peterson Russell Kelly Livengood PLLC<br>10900 NE 4th Street, Suite 1850<br>Bellevue, WA 98004<br>Telephone: (425) 462-4700<br>Fax: 425-471-0714<br>E-Mail: mdeleo@prklaw.com |

NOTICE OF HEARING - 2
CASE NO.: 25-11655-CMA

PETERSON RUSSELL KELLY LIVENGOOD PLLC
1850 Skyline Tower – 10900 NE Fourth Street
Bellevue, Washington 98004-8341
TELEPHONE (425) 462-4700 FAX (425) 451-0714

Case 25-11655-CMA    Doc 96    Filed 12/18/25    Ent. 12/18/25 16:24:55    Pg. 2 of 2