UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re:<br><br>Di Antar Group, LLC,<br><br><div align="center">Debtor.</div> | Case No. 25-11655-CMA<br><br>NOTICE OF SUBSTITUTE APPEARANCE AND WITHDRAWAL OF REPRESENTATION |

TO:     DEBTOR, COUNSEL FOR DEBTOR, and CLERK OF THE COURT:

PLEASE TAKE NOTICE that Kathryn F. Evans, hereby withdraws from her representation of the United States Trustee in this case.

PLEASE TAKE FURTHER NOTICE that pursuant to Bankruptcy Rule 9010(b), Benjamin Teich, hereby substitutes and enters his appearance on behalf of the United States Trustee for Region 18.

DATED March 3, 2026.

Respectfully submitted,

JONAS V. ANDERSON
Acting United States Trustee for Region 18

/s/ Benjamin Teich
Benjamin Teich, Cal Bar No. 281767
Attorney for the United States Trustee

/s/ Kathryn F Evans
Kathryn F. Evans, Cal. Bar No. 240149
Attorney for the United States Trustee

NOTICE OF SUBSTITUTE APPEARANCE
AND WITHDRAWAL OF REPRESENTATION